# EXPERT REPORT

**Kennon Heard MD, PhD**
**August 30, 2018**

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
*Cheryl Staple v. The Northwestern Mutual Life Insurance Corporation*,
**No. 8:17-cv-03066-MSS-TGW**

**Expert Report**
**Kennon Heard MD, PhD**

**Qualifications**:   I am a Board Certified Medical Toxicologist and Emergency Physician. I practice and teach Medical Toxicology and Emergency Medicine at the University of Colorado School of Medicine. I have published more than 30 scientific papers on acetaminophen pharmacology and poisoning including six papers focused on acetaminophen poisoning due to overuse with therapeutic intent. A complete list of publications can be found in my Curriculum Vitae, which is attached to this Report as **Exhibit A**.

**Items reviewed**:
Paramedical Examination
Certification of Death
Medical Examiner Report/Autopsy Report
Medical Examiner File
Records from the Medical Examiner
Records from St. Joseph's Hospital
Records from Florida Hospital Carrollwood
Medical Records from Dr. Kampsen
Medical Records from Memorial Hospital of Tampa
Hillsborough Sheriff's Reports
Hillsborough County Fire Rescue Report
Plaintiff's Report prepared by Dr. Adams
Plaintiff's Report prepared by Dr. Lenchus
Walgreens Receipt for Prescription Medication
MedPoint Prescription Records

**Facts of the case**:
Mr. Staple's lab testing at Florida Hospital Carrollwood on March 7, 2016 shows no evidence of a pre-existing liver injury.  On that visit, after complaining of flank pain, Mr. Staple was prescribed 11 325-5 mg acetaminophen tablets (3.57 gm acetaminophen).  Mr. Staple was last seen well the morning of March 13, 2016.  On March 14, 2016, at approximately 1600 hours, Mr. Staple was found in his car obtunded and was transported to the hospital.

Mr. Staple's initial laboratory testing was completed at approximately 1716 hours and was remarkable for a serum acetaminophen concentration above 600 mg/L, markedly elevated serum transaminase, and acute kidney injury.  Mr. Staple's weight was recorded as 72 kg.  Mr. Staple's serum acetaminophen concentrations as measured in the clinical laboratory were:

| 3/14 at1716 hrs. | 3/14 at 2217 hrs. | 3/15 at 0318 hrs. | 3/15 at 1846 hrs. | 3/16 at 0445 hrs. |
| --- | --- | --- | --- | --- |
| >600 mg/L | 525 mg/L | 474 mg/L | 379 mg/L | 299 mg/L |

Mr. Staple was pronounced deceased on March 16, 2016 at 0800 hours.  A serum acetaminophen measured during the autopsy by National Medical Services laboratories on blood obtained at Mr.

Staple's initial presentation to the hospital was 860 mg/L.  A comprehensive urine drug screen obtained at autopsy identified only caffeine and etomidate.

**Acetaminophen pharmacology**:
Therapeutic doses of acetaminophen are rapidly absorbed with peak concentrations occurring in 30-60 minutes.

Following a large overdose, absorption may be prolonged.  Acetaminophen is rapidly metabolized following therapeutic doses with an average half-life of 2-3 hours.  Following a large overdose, the half-life can be prolonged. The half-life also is prolonged in patients with acute liver failure.  Using basic pharmacokinetic parameters, the maximum expected peak serum concentration following a 1 gm dose of acetaminophen in a 72 kg adult is  1000/(0.9x72)= 15.4 mg/L.  In an overdose model, 80 mg/kg of acetaminophen produced an average peak serum concentration of 85 mg/L (CHIEW).  With repeated doses of 8 gm/day over 3 days, acetaminophen clearance modestly increases (GELLOTE).  Acetaminophen concentrations in patients who present following unintentional overdose with therapeutic intent are rarely over 100 mg/L (Al-Helial).  Liver injury from acetaminophen overdose can be seen 12-24 hours after a large acute ingestion (Singer 1995).

**Opinions:**
1.      Mr. Staple died of acute liver failure from acetaminophen poisoning.

2.      Mr. Staple had severe acetaminophen-induced liver injury upon arrival to the hospital.

3.      Mr. Staple's serum acetaminophen concentration (860 mg/L) was markedly elevated; at the time of his hospitalization he had approximately 56 gm of acetaminophen in his body.

4.      Given the extent of his liver injury, Mr. Staple had metabolized a significant amount of acetaminophen prior to arriving at the hospital and it is medically probable that the dose he ingested was at least 56 gm (112 extra-strength tablets).

5.      Mr. Staple's presentation is consistent with a single large ingestion of acetaminophen. The course of his presentation and subsequent liver failure is consistent with an ingestion occurring approximately 16-30 hours before he presented to the hospital.

6.      The serum acetaminophen concentration at presentation is at least 3 times greater than the highest concentrations observed in the largest study of patients treated for unintentional overdose with therapeutic intent. A chart representing Mr. Staple's serum acetaminophen concentration in comparison with the study is attached as **Exhibit D**.

7.      It is not possible to ingest multiple doses over time and reach this concentration; this concentration is consistent with a large single ingestion.

8.      The acetaminophen concentrations measured in the clinical laboratory are consistently elevated and the concentration measured by National Medical Services laboratory during the autopsy confirms that the clinical laboratory concentrations are valid.

9.      The opioids identified in the emergency urine drug screen are consistent with the use the acetaminophen-hydrocodone prescribed on March 7, 2016. This may have been in the days prior to his hospitalization or with co-ingestion during the overdose.

10.   The urine drug screen did not identify any other medications. If Mr. Staple ingested a non-prescription acetaminophen-containing combination medication (e.g., cough and cold product), I would expect the other ingredients would be identified in the urine sample.

**Rebuttal of Dr. Adams' and Dr. Lenchus' Pre-Suit Reports:**

Overall, both of plaintiff's pre-suit experts, Drs. Adams and Lenchus, ignore the well-described pharmacokinetics of acetaminophen as well as the literature-based description of serum acetaminophen concentrations associated with accidental staggered overdose.

**Dr. Adams:**

1) Dr. Adams is incorrect, as the amount of acetaminophen in Mr. Staple at hospital presentation is approximately 20 times the total dose of acetaminophen he was prescribed on 3-7. Therefore he must have taken more acetaminophen than the prescribed medication.

2) Agree

3) The size of the overdose is not consistent with accidental ingestion. The serum concentrations and clinical course suggest an acute ingestion approximately 30 hours prior to hospital presentation.

4) No opinion

5) As to his opinion "c)": Vomiting is common following acute acetaminophen overdose. I have no opinion as to a), b) and d).

6)  Based upon the evidence presented, the opinion that Mr. Staple's death was caused by an accidental ingestion of acetaminophen cannot be based upon a reasonable degree of medical probability.

**Dr. Lenchus:**

In addition to the rebuttal points of Dr. Adams' report, incorporated here by reference:

1) Mr. Staple may have been self-medicating, but, as outlined above, the concentration at hospital presentation is not consistent with accidental overdose with therapeutic intent and is consistent with acute overdose.

2) The serum salicylate concentration is also consistent with deliberate co-ingestion of aspirin. It may also represent a laboratory error.

3) Large acetaminophen ingestions may develop liver injury within 24 hours and the presented course is a very simplified generalization.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 30th day of August 2018 in Denver, Colorado.

**Kennon Heard MD, PhD**

# EXHIBIT A

Curriculum Vitae and List of Publications

**Kennon Heard MD, PhD**

**Current Position**
Professor of Emergency Medicine
University of Colorado School of Medicine
Section Chief Medical Pharmacology and Toxicology
Campus Box B-215
12401 E. 17th Avenue
Aurora, CO 80045

Medical Toxicologist
Denver Health Medical Center
Rocky Mountain Poison and Drug Center
777 Bannock St
Denver, CO 80

**Education**

| | | |
|---|---|---|
| BS Biology | California State University, Bakersfield<br>9001 Stockdale Hwy Bakersfield CA 93311 | 1984-1989 |
| MD | University of California San Diego<br>School of Medicine<br>9500 Gillman Dr. La Jolla CA 92039 | 1989-1993 |
| Internal Medicine<br>Preliminary year | UCSD Medical Center<br>200 W Arbor Dr San Diego CA 92103-8422<br>(619) 543-6737 | 1993-1994 |
| Emergency<br>Medicine<br>Residency | Denver Health Medical Center<br>777 Bannock St Denver CO 80204-0108<br>(303) 436-7140 | 1994-1997 |
| Medical<br>Toxicology<br>Fellowship | Rocky Mountain Poison and Drug Center<br>990 Bannock St  Denver CO 80220-6800<br>(303) 739-1100 | 1997-1999 |
| PhD Clinical<br>Investigation | University of Colorado Anschutz Medical Campus<br>Mail Stop C296<br>Academic Office 1, L15-1503<br>12631 E. 17th Avenue<br>Aurora, CO 80045 | 2003-2013 |

**Prior Employment**

| | |
|---|---|
| Medical Toxicology Fellowship Director | 2005-2013 |
| Rocky Mountain Poison and Drug Center | |
| Associate Professor of Emergency Medicine | |
| University of Colorado School of Medicine | |

Assistant Professor of Surgery (Emergency Medicine)
University of Colorado School of Medicine                1999-2007

Medical Toxicology Fellow                                          1997-1999
Rocky Mountain Poison and Drug Center

Emergency Medicine Resident
Denver Health Medical Center                                    1994-1997

Preliminary Internal Medicine Resident
UCSD Medical Center                                                 1993-1994

**Honors and awards**
NCAA Division II All-American (Swimming)              1985-1988

NCAA Academic All American                                     1987

Outstanding Scholar Athlete                                      1988
CSU Bakersfield

Outstanding Senior Student in Biology                      1989
CSU Bakersfield

Outstanding Resident in Emergency Medicine          1996
University Hospital, Denver CO

Chief Resident                                                             1996-7
Denver Health Emergency Medicine

Center of Excellence Research Fellow
Emergency Medicine Foundation                              1997-8

Outstanding oral presentation by a fellow               1998
SAEM Western Research Forum

John Marx Award for Attending Clinical Excellence  1999
Denver Health Emergency Medicine Residency

Minotaur Award                                                          2000
Denver Health Emergency Medicine Residency

John Marx Award for Attending Clinical Excellence     2001
Denver Health Emergency Medicine Residency

Outstanding Contribution to The Senior Class     2002
Denver Health Emergency Medicine Residency

Robert Jordan Master Teacher award
Denver Health Emergency Medicine Residency     2003

Outstanding Teacher Award from the Class of 2006     2004
University of Colorado School of Medicine

Outstanding Peer Reviewer     2004
Annals of Emergency Medicine

Kaiser Permanente Award for Excellence in Teaching
University of Colorado School of Medicine     2006

Outstanding Peer Reviewer     2007
Annals of Emergency Medicine

Outstanding Peer Reviewer     2007
Academic Emergency Medicine

Fellow American College of Medical Toxicology     2008

Marsha Heining Award for
Outstanding contribution to the Residency
Denver Health Emergency Medicine Residency     2008

Outstanding Peer Reviewer     2008
Academic Emergency Medicine

Denver "Top Doc" in Medical Toxicology     2008
5280 Magazine

Outstanding Scientific Poster Presentation
North American Congress of Clinical Toxicology     2008

Denver "Top Doc" in Medical Toxicology     2009
5280 Magazine

Biomed Central Highly Accessed Article
Case Reports in the Emergency Medicine Literature: Misleading and
Missing Information.     2009

Exhibit A
Page A4

University of Colorado School of Medicine
Golden Stethoscope Award for Outstanding Preceptor Nominee          2010

Denver Health Emergency Medicine Residency
Outstanding Faculty Educational Lecture          2010

Denver "Top Doc" in Medical Toxicology          2010
5280 Magazine

Denver "Top Doc" in Medical Toxicology          2011
5280 Magazine

University of Colorado AMC Academy of Educators          2012

Fellow- American Academy of Clinical Toxicology          2012

Denver "Top Doc" in Medical Toxicology          2012
5280 Magazine

Denver "Top Doc" in Medical Toxicology          2013
5280 Magazine

Outstanding Peer Reviewer          2014
Academic Emergency Medicine

Denver "Top Doc" in Medical Toxicology          2014
5280 Magazine

Denver "Top Doc" in Medical Toxicology          2015
5280 Magazine

Denver "Top Doc" in Medical Toxicology          2016
5280 Magazine

Denver Health Residency in Emergency Medicine          2016
Award for Clinical Excellence

Denver "Top Doc" in Medical Toxicology          2017
5280 Magazine


**Membership**
American Medical Association          1989-
American College of Emergency Physicians          1990-
Society for Academic Emergency Medicine          1996-

American Academy of Toxicology                                    1999-
American College of Medical Toxicology                           1999-

**Committees and Service**
National Professional Groups
Society for Academic Emergency Medicine                          2002-2005
Toxicology Interest Group- Chair

American Board of Emergency Medicine,
Medical Toxicology Sub-board
Panel to determine recertification standard                     2004

American College of Medical Toxicology
Education Committee                                              2004-2007

American College of Medical Toxicology
Fellowship Directors Committee                                  2004-2013

American Academy of Clinical Toxicology                         2010-2015
Board of Trustees

Regional Professional Groups
Rocky Mountain Conference on Trauma                             2000
and Emergency Medicine -Director, Research Forum

Rocky Mountain Conference on Trauma                             2001
and Emergency Medicine -Director, Research Forum

Rocky Mountain Conference on Trauma                             2002
and Emergency Medicine -Director, Research Forum


School of Medicine
Director- Colorado Emergency Medicine Research Center
Division of Emergency Medicine
University of Colorado School of Medicine                       2002-2006

Faculty Advisor- Emergency Medicine Interest Group             2003-


Division
University of Colorado Health Sciences Center                  2000-2007
Division of Emergency Medicine Executive Committee

University of Colorado School of Medicine                      2014-
Department Emergency Medicine Executive Committee

Hospital
University of Colorado Hospital                                            1999-2001
Medication Use Evaluation Committee

University of Colorado Hospital                                            1999-2000
Emergency Department Nursing Quality Assurance Committee

University of Colorado Hospital                                            1999-2000
Emergency Department Quality Improvement Committee

University of Colorado Hospital                                            2000
Emergency Department newsletter contributing columnist

University of Colorado Hospital                                            2001-2005
Pharmacy and Therapeutics Committee

University of Colorado Hospital                                            2002
Emergency Department Ad hoc committee on pain

**Licensure**
Colorado                                                                   1995-Present

**Board certification**
Emergency Medicine                                                         1999
Recertification                                                            2009
Medical Toxicology  Subboard                                              2000
Recertification                                                            2010

**Review and referee work**
*Journal Editorial Board*
Clinical Toxicology                                                        2009-2015
Board Member

Academic Emergency Medicine                                               2014-
Decision Editor

*Research Grants*

The Chief Scientist Office Biomedical and Therapeutic Research Committee
Research Grant Reviewer  UK National Health Services                       2008

American College of Medical Toxicology
Fellows Research Grant                                                     2009

American Geriatric Society

Exhibit A
Page A7

Geriatric Education for Specialty Residents Dissemination Grant     2009

American College of Medical Toxicology
Fellows Research Grant                                              2010


*Textbooks/Online texts*

Poisondex (Micromedex)
Reviewer                                                           1997- 2012

National Health Service (Gr. Britain)
Overdose and Poisoning Management Guideline                        2007

American College of Physicians
Physicians Information and Education Resource (PIER)
Acetaminophen Poisoning                                            2008

First Aid for the Emergency Medicine Boards.                       2009
Chapter 6 Toxicology. 2009. ppg 311-383
McGraw Hill, New York, NY. Senior Reviewer

Irwin and Rippe's Intensive Care Medicine
Toxicology Section Co-editor                                       2009

BMJ Learning
www.bmjlearning.com
Paracetamol Poisoning                                              2010, 2015

BMJ Clinical Evidence
http://clinicalevidence.bmj.com/x/index.html
Paracetamol Poisoning                                              2015-present

MedStudy Pediatric Core 8th Ed
Pharmacology and Pain Management Section                           2017

*Journals*

Journal of Toxicology
 Invited reviewer                                                  1999

Biomed Central
Invited reviewer                                                   2000

Annals of Emergency Medicine
Core reviewer                                                      2000-

Exhibit A
Page A8

Archives of Internal Medicine
Invited reviewer                                                    2002

Academic Emergency Medicine
Guest reviewer                                                     2003

Journal of Clinical Therapeutics
Consultant                                                         2004

Academic Emergency Medicine
Core reviewer                                                      2004-2014

American Journal of Emergency Medicine
Invited reviewer                                                   2005

Journal of Medical Toxicology
Invited reviewer                                                   2005-

General Hospital Psychiatry
Invited reviewer                                                   2005

The Medical Letter on Therapeutics
Invited reviewer                                                   2006

American Pharmacy Association
Achieving Optimal Therapeutic Outcomes
With Nonprescription Analgesics: Assessing Benefit vs. Risk
A Continuing Education Monograph Series for Pharmacists            2008

New England Journal of Medicine
Invited Reviewer                                                   2008

The Journal of Pediatrics
Invited Reviewer                                                   2009

Critical Care
Invited Reviewer                                                   2009

Human and Experimental Toxicology
Invited reviewer                                                   2009-2011

Pharmacoepidemiology and Drug Safety
Invited Reviewer                                                   2010

BMJ Open

Invited Reviewer                                                             2011

British Journal of Pharmacology
Invited Reviewer                                                             2011

Neurotoxicology
Invited Reviewer                                                             2012

Lancet
Invited Reviewer                                                             2013

British Medical Journal
Invited Reviewer                                                             2016

American Journal of Hospital System Pharmacy
Invited reviewer                                                            2017

*Scientific Meeting abstract reviewer*

Rocky Mountain Conference on Emergency Medicine               1998
Research Forum

Society for Academic Emergency Medicine
Annual Meeting                                                              2004-

North American Congress of Clinical Toxicology               2007-

Society for Academic Emergency Medicine
Annual Meeting Western Regional Meeting                      2011

**Selected Invited lectures**
International

Fellows in Training Research Session moderator
North American Congress of Clinical Toxicology
9-23-09 San Antonio TX

AACT Year in Toxicology- Safety of 4g/day of Acetaminophen
North American Congress of Clinical Toxicology
9-26-09 San Antonio TX

Fellows in Training Research Session moderator
North American Congress of Clinical Toxicology
10-10-10 Denver, CO

Equine Fab2 (Analatro®) for treatment of latrodecism in the United States
9th International Meeting of Antivenom Experts
October 20th, 2010 Cuernavaca MX

Lipid Therapy for Cardiovascular Poisoning.
20th Taiwan Society for Emergency Medicine
6-23-18 Taipei Taiwan

Marijuana Decriminalization : The Colorado Emergency Department Experience
20th Taiwan Society for Emergency Medicine
6-23-18 Taipei Taiwan


National
Trauma Case Panel - Spinal cord ischemia from aortic injury
American College of Emergency Physicians Scientific Assembly
1997 New Orleans, LA

Clinical Presentation Conference- Reye's Syndrome
North American Conference of Clinical Toxicology
1999 San Diego CA

Treatment of the toxin induced cardiac arrest
American College of Osteopathic Emergency Physicians New Frontiers in Toxicology
8-14-02 Chicago IL

The most wanted list- Top toxicological killers
American College of Osteopathic Emergency Physicians New Frontiers in Toxicology
8-15-02 Chicago IL

Evaluation and treatment of chronic acetaminophen poisoning
Society for Academic Emergency Medicine State of the Art Session
5-30-03 Boston MA

Poison Panel- Stump the Toxicologist
American College of Emergency Physicians Scientific Assembly
10-18-04 San Francisco CA

Safety and efficacy of over-the counter analgesics
American Pharmacists Association Self-Care Institute
6-24-06 Baltimore MD

Toxicology platform session moderator
Society for Academic Emergency Medicine Annual Meeting
5-17-07 Chicago IL

Update on OTC analgesic safety
American Pharmacists Association Self-Care Institute
6-23-07 Philadelphia PA

Acetaminophen adducts: Science and implications
Toxicology Section meeting, ACEP Scientific Assembly
10-9-07 Seattle WA

Use of the Arctic Sun for induction of hypothermia after cardiac arrest
American Heart Association Scientific Session
11-6-07 Orlando FL

Overlap of Geriatric Competencies and Quality Indicators
Council of Emergency Medicine Residency Directors Academic Assembly
3-6-09 Las Vegas NV

Quality indicators for older patients in the emergency department: Medication management
American Geriatric Society Annual Meeting
5-1-09 Chicago IL

Toxicology platform session moderator
Society for Academic Emergency Medicine Annual Meeting
5-16-09 New Orleans LA
AACT Year in Toxicology II: Acetaminophen and the FDA: Dosing, Packaging, Priorities

High Yield Research Collaborations: Medication Selection in the Emergency Department
American Geriatric Society Annual Meeting
5-15-10 Orlando FL

Toxicology platform session moderator
Society for Academic Emergency Medicine Annual Meeting
6-5-10 Scottsdale, AZ

Toxicology poster session moderator
American College of Emergency Physicians Scientific Assembly Research Forum
9-29-10 Las Vegas, NV

Practitioner perspective of proposed solutions
Seeking Solutions: Advancing the Understanding of the Safe Use of Acetaminophen
American Pain Foundation
Washington DC, 11-11-10

Preclinical Students: How to Prepare For Emergency Medicine
Emergency Medicine Resident Association Presymposium

Exhibit A
Page A12

San Francisco CA, 10-16-11

Overdoses and Other Taxing Toxicology
Society for Hospital Medicine
San Diego CA, 4-1-12

Toxicology-Advanced Interactive Critical Care
Society for Hospital Medicine
San Diego CA, 3-30-12

Acetaminophen Update- Acetaminophen Protein Adducts
Society for Academic Emergency Medicine Annual Meeting
Chicago IL, 5-9-11

Toxicology-Advanced Interactive Critical Care
Society for Hospital Medicine
Washington DC, 5-16-13

Overdoses and Other Taxing Toxicology
Society for Hospital Medicine
Washington DC, 5-17-13


Regional
Trauma Case Panel - Vertebral artery dissection
Rocky Mountain Conference on Emergency Medicine
4-20-97 Vail CO

Pediatric Case Panel - Post-traumatic cortical blindness
Rocky Mountain Conference on Emergency Medicine
4-20-97 Vail CO

Toxicology for prehospital providers.
Colorado State EMS Conference.
10-28-98 Breckenridge, CO

Weapons of mass destruction: The Tokyo sarin event.
Aurora Trauma Grand Rounds.
9-10-99 Aurora CO

Toxicology update.
San Luis Valley Region 8 EMS Symposium.
2-26-00 Alamosa CO

Toxicology for prehospital providers.

Colorado State EMS Conference.
10-31-00 Breckenridge, CO

Environmental emergencies
Rocky Mountain Winter Conference in Emergency Medicine.
1-23-01 Copper Mountain CO

What's new in drugs of abuse?
Rocky Mountain Conference on Trauma and Emergency Medicine
7-27-01 Steamboat Springs CO

Drugs of abuse- Issues for critical care providers
Rocky Mountain Critical Care Transport Conference
5-6-02 Denver CO

Toxicology for prehospital providers.
Colorado State EMS Conference.
10-26-02 Breckenridge, CO

Analgesics and alcohol- What you need to know
Pri-Med East
11-7-02 Boston MA

Top toxicology killers
Rocky Mountain Winter Conference on Emergency Medicine
2-12-03 Copper Mountain CO

Analgesics and alcohol- What you need to know
Pri-Med South
2-14-03 Ft. Lauderdale FL

Club drugs- They're all the rave
University of Colorado Health Sciences Center Internal Medicine Days
Denver CO 3-28-03

Analgesics and alcohol- What you need to know
Pri-Med West
4-2-03 Long Beach CA

GI decontamination 2003- Putting the big sky theory to work for you
Rocky Mountain Conference on Trauma and Emergency Medicine
8-3-03 Breckenridge CO

Treatment of sympathomimetic poisoning: Does the research support the
recommendations?
Western Toxicology Fellows Meeting

Exhibit A
Page A14

1-20-04 Phoenix AZ

The big chill:  Hypothermia improving neurological outcomes
Current research at The University of Colorado Hospital
2-28-05 Denver CO

A new paradigm for acetaminophen poisoning
Kansas State Toxicology Conference
3-8-05 Wichita KS

Prehospital care of the poisoned patient
Kansas State Toxicology Conference
3-8-05 Wichita KS

The effect of long-term medication administration on brain neurotransmitter systems
Western Toxicology Fellows Meeting
4-2-05 San Diego CA

Management of the violent patient
Rocky Mountain Conference on Trauma and Emergency Medicine
6-14-05 Breckenridge CO

Over the counter analgesics- Focus on safety
PriMed update
12-2-05 Houston TX

Over the counter analgesics- Focus on safety
PriMed update
12-9-05 Hartford CT

"Chill out" – Post cardiac arrest hypothermia
The 2005 Resuscitation Guidelines and Science- Colorado ACLS
9-22-06 Estes Park CO

Top toxicology killers
Northwest  Winter Conference in Emergency Medicine
1-28-07 Sunriver OR

A new paradigm for acetaminophen poisoning
Northwest  Winter Conference in Emergency Medicine
Sunriver OR, 1-29-07

Treatment of cardiac arrest from poisoning
Northwest  Winter Conference in Emergency Medicine
1-29-07 Sunriver OR

Exhibit A
Page A15

5 things you have to know about rattlesnake bites
Rocky Mountain Conference on Trauma and Emergency Medicine
6-21-07 Breckenridge CO

25 years of treating overdose patients
Northwest  Winter Conference in Emergency Medicine
1-28-08 Sunriver OR

Envenomations
Northwest  Winter Conference in Emergency Medicine
1-29-08 Sunriver OR

Acetaminophen: Pharmacology and Toxicity
McNeil Consumer Products Advisory Board: Acetaminophen Emerging Science
3-19-08 Denver CO

Acetaminophen-protein adducts and Asymptomatic ALT elevations
McNeil Consumer Healthcare Toxicology Teaching Day
12-5-08 Philadelphia, PA

Adverse drug events in older patients
Symposium of Acute Geriatric Emergencies
4-29-09 New York, NY

5 things you have to know about rattlesnake bites
Rocky Mountain Conference on Trauma and Emergency Medicine
6-19-09 Breckenridge CO

Clinical effects of Latrodectism
Analatro Investigators Meeting
8-27-09 Denver CO

Laboratory testing in the poisoned patient
Rocky Mountain Conference on Trauma and Emergency Medicine
6-17-10 Breckenridge CO

Toxicology scientific presentations
SAEM Western Regional Meeting
2-25-11 Keystone CO

Pharmacokinetic-pharmacodyamic modeling of cocaine poisoning
Western Toxicology Fellows Meeting
4-14-11 Sacramento  CA

Toxicology Dilemmas
Rocky Mountain Hospital Medicine Symposium

10-7-11 Denver CO

Toxicology case panel
Colorado ACEP Symposium on Emergency Medicine
11-8-11 Denver CO

Antidote Update
Colorado ACEP Symposium on Emergency Medicine
11-8-11 Denver CO

New Drugs of Abuse
Rocky Mountain's 4th Annual Update in Hospital Medicine
1-20-11 Vail CO

5 things you have to know about rattlesnake bites
Rocky Mountain Conference on Trauma and Emergency Medicine
6-19-13 Breckenridge CO

Marijuana and the emergency physician
Rocky Mountain Winter Conference
2-27-15 Breckenridge CO

Medical Marijuana Uses Misuses and Abuses
Rocky Mountain Hospital Medicine Symposium
10-5-15 Denver CO

Tylenol Toxicity
Rocky Mountain Winter Conference
2-27-16 Steamboat Springs CO

Answering the Most Common Toxicology Questions
Rocky Mountain Hospital Medicine Symposium
10-18-16 Denver CO

Wilderness Poisoning
Wilderness Medical Society Summer Conference
8-1-17 Breckenridge CO

Legalized marijuana Where are we now?
Rocky Mountain Hospital Medicine Symposium
11-17-17

Toxicology Update for Hospitalists
Colorado Chapter, Society for Hospital Medicine
5-14-18

Grand Rounds
ACLS for Surgeons- Cardiac Drugs
University of Colorado SOM- Department of Surgery
7-15-00

ACLS for Surgeons- Cardiac Drugs
University of SOM- Department of Surgery
7-14-01

ACLS for Surgeons- Cardiac Drugs
University of SOM- Department of Surgery
7-8-02

ACLS for Surgeons- Cardiac Drugs
University of Colorado SOM - Department of Surgery
7-14-03

Appropriate prescribing for elderly ED patients
Denver Health Emergency Medicine Residency
9-10-03

Improving care of the elderly patient in the UCH Emergency Department
University of Colorado Health Sciences Center on Aging
1-15-04

Update on medical therapy for cardiac arrest
University of Colorado SOM - Department of Surgery
8-9-04

Toxicological causes of cardiac arrest.
Denver Health Medical Center Interdisciplinary Critical Care
8-11-04

Withdrawal from drugs of abuse
Denver Health Emergency Medicine Residency
4-6-05

Envenomations
Denver Health Emergency Medicine Residency
7-7-05

Update on medical therapy for cardiac arrest
University of Colorado SOM - Department of Surgery
7-18-05

Update on medical therapy for cardiac arrest

Exhibit A
Page A18

University of Colorado SOM - Department of Surgery
7-17-06

Management of cardiac arrest from poisoning
Wilford Hall Emergency Medicine Residency
9-29-06

Case reports in emergency medicine
Wilford Hall Emergency Medicine Residency
9-29-06

Update on medical therapy for cardiac arrest
University of Colorado SOM - Department of Surgery
7-16-07

Safety of over the counter analgesics
CU Denver School of Medicine Geriatrics Grand Rounds
4-3-08

Treatment of cardiac arrest from poisoning
Emergency Medicine Grand Rounds
Albert Einstein Medical Center Philadelphia PA
12-3-08

Case reports in Emergency Medicine
Emergency Medicine Research Conference
Albert Einstein Medical Center Philadelphia PA
12-3-08

Bias and validity in research
Senior Resident Research Day
San Antonio Uniformed Services Health Education Consortium
3-27-09

Acetaminophen update for hepatologists
Grand Rounds
University of Colorado Division of Gastroenterology
4-15-11

Envenomations
Trauma Grand Rounds
Medical Center of the Rockies
4-29-15

Envenomations
Trauma Grand Rounds

Lutheran Medical Center
9-15-15

Envenomations
Dept of Medicine Grand Rounds
Rose Medical Center
4-12-16

Cannabis 101:Pharmacology, Epidemiology and Clinical Effects of Marijuana
Dept of Medicine Grand Rounds
St. Joseph Hospital
10-7-16

Toxicology Update for Clinicians
Dept of Medicine Grand Rounds
St. Joseph Hospital
8-3-18

**Teaching Record**
Clinical teaching- Attending physician/Housestaff supervision
University of Colorado Hospital Emergency Department            1997-
University of Colorado Hospital Medical Toxicology Service      1999-
Denver Health Medical Center Medical Toxicology Service        1999-

Course direction
Assistant Course Director- CU School of Medicine
Department of Surgery 6630
Introduction to Emergency Medicine                            1997-2000

Course Director- CU School of Medicine
Department of Surgery 6630
Introduction to Emergency Medicine                            2000-2005

Course Director- CU School of Medicine
Emergency Medicine 8024
Clinical Toxicology                                          2005-13

Course Director CU School of Medicine
Emergency Medicine 6620
History of Pharmacology and Toxicology                       2015-

**Grant Support**
PDMP Practitioner and Research Partnership
Sponsor- U.S. Department of Justice
BJA FY 15 Harold Rogers Prescription Drug Monitoring Program: PDMP Practitioner
and Research Partnerships

Co-Investigator ($726,473 for 3 years)

The effect of chronic antipsychotic therapy on acute cocaine poisoning
Sponsor: National Institute on Drug Abuse
Mentored Research Grant (K-08 DA 620573)
Principal Investigator ($150,000/year for 5 years)            2006-2011

Decreasing inappropriate drug prescribing for elderly patients in the Emergency
Department by providing education and physician feedback
Sponsor American: American Geriatric Society
Geriatric Education for Specialty\Residents Award
Principal Investigator ($16,000/year for 2 years)            2003-2005

Acute drug toxicity in elderly patients: A national study of overdoses, adverse drug
reactions and poisoning
Sponsor: American Geriatric Society
Jahnigen Career Development Scholars Award
Principal Investigator ($100,000/year for 2 years)            2002-2004

Do elderly patients want to participate in resuscitation studies?
Emergency Medicine Foundation
Sponsor: SAEM Geriatric Emergency Medicine Resident/Fellow Grant
Faculty Advisor to Paul Abboud ($2500)            2002

Ovine immune therapy for acute verapamil toxicity
Sponsor : Emergency Medicine Foundation Creativity and Innovation in Emergency
Medicine Grant
Principal Investigator ($5000)            2000

Age and overdose: A national study of elderly patients admitted for poisoning
Sponsor: SAEM/CORD Geriatric Emergency Medicine Research Grant
Principal Investigator   ($4000)            1998

Texaco Fellowship Award
Sponsor: American Academy of Clinical Toxicology
Principal investigator ($7500)            1998-1999

Tricyclic antidepressants directly impair myocardial function
Sponsor: Colorado ACEP Research Grant
Principal Investigator ($1000)            1998

Industry Grant Support
A Phase 3 trial of equine derived Fab2 for treatment of latrodectism
Sponsor: Rare Disease Therapeutics
Site investigator            2009-2015

Exhibit A
Page A21

The course of serum transaminase during prolonged acetaminophen dosing
Sponsor: McNeil Consumer healthcare
Principal investigator                                                      2007-2011

Characterization of repeated supratherapuetic ingestions of acetaminophen in children:
A retrospective poison center study
Sponsor: McNeil Consumer Products
Co-investigator                                                            2006-2010

A comparison of the Arctic Sun vs standard cooling methods to induce Hypothermia
after cardiac arrest
Sponsor: Medivance Incorporated
Principal investigator                                                      2003-2007

Institutional research grants
Cardiac arrest from cyanide poisoning: Evaluation of current therapies using an animal
model
Sponsor: UCHSC Department of Surgery seed grant
Principal investigator ($28,000)                                           2003

## Bibliography
Original reports of research

1. **Heard K**, Kendall J, Abbott J.  Rupture of ectopic pregnancy after medical therapy with methotrexate: A case series.   J Emerg Med 1998. 16:857-860.

2. O'Malley GF, Seifert S, **Heard K**, Daly F, Dart RC.  Olanzapine overdose mimicking opiate intoxication.  Ann Emerg Med 1999.  34:279-281

3. Brent J, McMartin K, Phillips S, Burkhart KK, Donavan JW, Wells M, Kulig K; **Methylpyrazole for Toxic Alcohols Study Group (group member).** Fomepizole for the treatment of ethylene glycol poisoning. New Engl J Med 1999. 340:832-838**.**

4. Hill RE, **Heard K**, Bogdan GM, Cairns CB, Dart RC.  Attenuation of Verapamil-Induced Myocardial Toxicity in an Ex Vivo Rat Model using a Verapamil-Specific Ovine Immunoglobin. Acad Emerg Med 2001.  8:950-955

5. **Heard K**. Hill RE, Cairns CB, Dart RC.  Calcium neutralizes fluoride bioavailability in a lethal model of fluoride poisoning.  J Toxicol- Clin Toxicol 2001; 39: 349-353

6. **Heard K**, Cain BS, Dart RC, Cairns CB.   Tricyclic antidepressants directly impair myocardial function.  Acad Emerg Med 2001.  8:1122-1127

7. Brent J, McMartin K, Phillips S, Aaron C, Kulig K; **Methylpyrazole for Toxic Alcohols Study Group (group member).** Fomepizole for the treatment of methanol toxicity. New Engl J Med 2001. 344:424-9**.**

8. Kerns W, Tomaszewski C, McMartin K, Ford M, Brent J; **Methylpyrazole for Toxic Alcohols Study Group (group member)**. Formate kinetics in methanol poisoning .J Toxicol Clin Toxicol. 2002;40(2):137-43.

9. Bebarta V, Luyten D, **Heard K**. Emergency medicine animal research: Does use of randomization and blinding affect the results?  Acad Emerg Med 2003. 10:684-687.

10. **Heard K**, Delgado J.  Oral decontamination with calcium or magnesium salts does not improve survival following hydrofluoric acid ingestion.  J Toxicol- Clin Toxicol 2003. 41:789-792.

11. Kao WF, Deng JF, Chiang SC, **Heard K**, Yen DHT,  Ing-Tiau Kuo B,  Kuo CC,  Liu  TY,  Lee CH.  A safe, simple way to treat severe fluoride poisoning- Oral calcium or magnesium. J Toxicol- Clin Toxicol 2004. 42:43-50

12. Daly FFS, O'Malley GF, **Heard K,** Bogdan GM, Dart RC. Prospective evaluation of repeated supra-therapeutic acetaminophen (paracetamol) ingestion. Ann Emerg Med. 2004; 44:393-398.

13. **Heard K**, Bebarta V.  Reliability of the Glasgow Coma Scale for the emergency department evaluation of the poisoned patient. Human Exp Toxicol 2004. 23:197-200.

14. DeWitt CD, Cleveland NA, Dart RC, **Heard K.**  The effect of amiodarone pretreatment on survival of mice with acute cocaine toxicity.  J Med Toxicol. 2005.  1:11-17.

15. Cleveland NA, DeWitt CD, **Heard K**.  Ziprasidone pretreatment attenuates the lethal effects of cocaine poisoning in a mouse model.  Acad Emerg Med 2005. 12:385-388.

16. Hiller KM, Haukoos JS, **Heard K**, Tashkin JS, Paradis NA.  Impact of the Final Rule on the Rate of Clinical Cardiac Arrest Research in the United States. Acad Emerg Med 2005. 12:1091-1098.

17. **Heard K**, Dart RC, Bogdan G, O'Malley GF, Burkhart KK, Donovan JW, Ward SB. A preliminary study of tricyclic antidepressant (TCA) ovine Fab for TCA toxicity.  Clin Toxicol (Phila). 2006;44:275-81.

18. Abboud PA, **Heard K**, Al-Marshad A, Lowenstein SR. What determines if patients will participate in resuscitation studies requiring waiver of consent? J Med Ethics 2005. 32: 468-472. (Shared first author with Abboud)

19. **Heard K**, Sloss D, Weber S, Dart RC. Overuse of over-the-counter analgesics by emergency department patients. Ann Emerg Med. 2006. 48:317-318.

20. Bebarta V, **Heard K**, Dart RC. Inhalational abuse of methanol products: elevated methanol and formate levels without vision loss. Am J Emerg Med. 2006. 24: 725-728.

21. Little CM, Marietta MH; Peng K; **Heard K**, Fragoso M, Bebarta VS, Paradis NA. Vasopressin alone or with epinephrine may be superior to epinephrine in a clinically relevant porcine model of pulseless electrical activity cardiac arrest. Am J Emerg Med 2006. 24: 810-814.

22. Centers for Disease Control and Prevention (Report prepared by C. Mendoza and **K. Heard**). Use of Niacin in Attempts to Defeat Urine Drug Testing — Five States, January–September 2006. MMWR 2007;56:365-366.

23. Nordenholz KE Naviaux NW, Stegelmeier K, Haukoos JS, Wolf SJ, McCubbin T, **Heard K**. Pulmonary embolism risk assessment screening tools: the inter-rater reliability of their criteria. Am J Emerg Med 2007. 25:285-290.

24. Rogers JJ, **Heard K**. Does age matter? Comparing case fatality rates for selected poisonings reported to U.S. poison centers. Clin Toxicol (Phila). 2007. 45:.705-708

25. Cleveland NA, Krier S, **Heard K**. Ziprasidone, diazepam or the combination for prevention of cocaine toxicity in a mouse model. Acad Emerg Med. 2007. 14: 691-694.

26. Bebarta V, **Heard K**, Eberhard A, Waksman J, Phillips S. Incidence of Brugada Electrocardiographic Pattern and outcomes of these patients after intentional tricyclic antidepressant ingestion. Am J Cardiol. 2007. 100:656-660

27. **Heard K**, Green JL, Baily JE, Bogdan GM, Dart RC. A randomized trial to determine the change in ALT during 10 days of acetaminophen administration in subjects who consume moderate amounts of alcohol. Alimentary Pharm Ther. 2007 26:283-290.

28. Kuffner EK, Green JL, Bogdan GM, Knox PC, Palmer RB**, Heard K**, Slattery JT, Dart RC. The effect of acetaminophen four grams per day for three consecutive days on hepatic tests in alcoholic patients - A multicenter randomized trial. BMC Med. 2007 5:13.

Exhibit A
Page A24

29. DeWitt CD, Waksman JC, **Heard K**.  A systematic review of reported insulin and C peptide levels in sulfonylurea induced hypoglycemia.  J Med Toxicol 2007. 3:107-118

30. Nordenholz KE, Zieske M, Dyer DS, Hanson JA, **Heard K**. Radiologic diagnoses of patients who received imaging for venous thromboembolism despite negative D-dimer tests. Am J Emerg Med 2007. 25(9):1040-6

31. **Heard K**, Krier S, Zahniser NR.  The effect of 10 days of ziprasidone administration on acute cocaine toxicity.  Hum Exp Toxicol. 2008; 27:499- 503.

32. Prouty H, Adams DS, **Heard K**. Evaluation of treatments for cyanoacrylate eyelash adhesion using an in-vitro model. Cutan Ocul Toxicol. 2008;27(1):11-14.

33. Green JL, Campagna E, Bogdan GM, Dart RC, **Heard K**. Effects of clinical laboratory choice on study outcome: an interlaboratory evaluation of aminotransferase levels. Pharmacotherapy. 2008;28(4):453-7.

34. **Heard KJ**, Ries NL, Dart RC, Bogdan GM, Zallen RD, Daly FFS. Overuse of Non-Prescription Analgesics by Dental Clinic Patients. BMC Oral Health 2008. 8:33.

35. Evans B, Gervais JT**, Heard K**, Valley M, Lowenstein SR. Ski patrollers: Reluctant role models for helmet use.  Int J Inj Contr Saf Promot. 2009. 17:1-6

36. Dart RC, Borron SW, Caravati EM, Cobaugh DJ, Curry SC, Falk JL, Goldfrank L, Gorman SE, Groft S, **Heard K**, Miller K, Olson KR, O'Malley G, Seger D, Seifert SA, Sivilotti ML, Schaeffer T, Tomassoni AJ, Wise R, Bogdan GM, Alhelail M, Buchanon J, Hoppe J, Lavonas E, Mlynarchek S, Phua DH, Rhyee S, Varney S, Zosel A; Antidote Summit Authorship Group. Expert Consensus Guidelines for Stocking of Antidotes in Hospitals That Provide Emergency Care. Ann Emerg Med. 2009 Apr 29.

37. Terrell KM, Hustey FM, Hwang U, Gerson LW, Wenger NS, Miller DK; Society for Academic Emergency Medicine (SAEM) Geriatric Task Force **(Task Force Member).** Quality indicators for geriatric emergency care. Acad Emerg Med. 2009 May;16(5):441-9.

38. Tan HH, Hoppe J, **Heard K**. A systematic review of the cardiovascular effects from overdose of atypical antipsychotic medications. Am J Emerg Med. 2009. 27:607-616.

39. **Heard KJ**, Cleveland NR, Krier S. The effect of olanzapine pretreatment on acute cocaine toxicity in mice. Clin Toxicol (Phila). 2009. 47:542-544.

40. Richason TP, Paulson SM, Lowenstein SR, **Heard KJ**.  Case reports describing treatments in the emergency medicine literature: missing and misleading information. BMC Emerg Med. 2009. 9:10.

41. **Heard KJ**, Peberdy MA, Sayre MR, Sanders A, Geocadin RG, Dixon SR, Larabee TM, Hiller K, Fiorello A, Paradis NA, O'Neil BJ.  A randomized controlled trial comparing the Arctic Sun to standard cooling for induction of hypothermia after cardiac arrest. Resuscitation. 2010; 81:9-14.

42. Haukoos JS, Witt G, Gravitz C, Dean J, Jackson DM, Candlin T, Vellman P, Riccio J, **Heard K**, Kazutomi T, Luyten D, Pineda G, Gunter J, Biltoft J, Colwell C; Colorado Cardiac Arrest & Resuscitation Collaborative Study Group; Denver Metro EMS Medical Directors. Out-of-hospital cardiac arrest in Denver, Colorado: epidemiology and outcomes. Acad Emerg Med. 2010;17:391-8.

43. **Heard K**, Krier S, Cleveland NJ. Knowledge of treatment group does not bias assessment of time to seizure in an animal model of cocaine poisoning. Acad Emerg Med 2010. 17:e75-e77

44. Green JL, Reifler LM, **Heard KJ.** Validity of a point of care device (Cholestech LDX) to monitor liver enzyme activity (aminotransferase measures) during a clinical trial. Contemp Clin Trials. 2010. 31: 279–282.

45. Dart RC, Green JL, Kuffner EK, **Heard K**, Sproule B, Brands B. The effects of paracetamol (acetaminophen) on hepatic tests in patients who chronically abuse alcohol - a randomized study.  Aliment Pharmacol Ther. 2010 Aug;32(3):478-86.

46. **Heard KJ**, Green JL, Dart RC. Serum alanine aminotransferase elevation during 10 days of acetaminophen use in nondrinkers. Pharmacotherapy. 2010 Aug;30(8):818-22.

47.  The Toxicology Investigator's Network (**K Heard** corresponding author). A multicenter comparison of the safety of oral versus intravenous acetylcysteine for treatment of acetaminophen overdose.  Clin Toxicol (Phila). 2010 Jun;48(5):424-30.

48. Hwang U, Baumlin K, Berman J, Chawla NK, Handel DA, **Heard K**, Livote E, Pines JM, Valley M, Yadav K. Emergency department patient volume and troponin laboratory turnaround time. Acad Emerg Med. 2010 May;17(5):501-7.

49. Rhyee SH, Hoppe J, **Heard K**.  Multiple Aminotransferase Peak Levels After Acute Acetaminophen Overdose in Three Patients. Pharmacotherapy 2010;30(10):1084–1088.

50. Chuang R, **Heard KJ**. Types of Studies Used to Support Treatment Recommendations in Medical Toxicology. J Med Toxicol. 2010 Sep;6(3):345-8.

51. Fasano CJ, Rowden AK, O'Malley GF, Aguilera E, **Heard K**. Quantitative insulin and C-peptide levels among ED patients with sulfonylurea-induced hypoglycemia-a prospective case series. Am J Emerg Med. 2010 Oct;28(8):952-5.

52. Moreira M, Buchanan J, **Heard K.** Validation of a 6-hour observation period for cocaine body stuffers. Am J Emerg Med. 2011 Mar;29(3):299-303.

53. Alhelail MA, Hoppe JA, Rhyee SH, **Heard KJ**.  Clinical course of repeated supratherapeutic ingestion of acetaminophen. Clin Toxicol (Phila). 2011 Feb;49(2):108-12.

54. Nordenholz K, Ryan J, Atwood B, **Heard K**. Evaluation of pulse oximetry and the Pulmonary Embolism Severity Index for risk assessment in pulmonary embolism patients in the emergency department. J Emerg Med. 2011 Jan;40(1):95-102.

55. Buchanan JA, **Heard K**, Burbach C, Wilson ML, Dart R. Prevalence of levamisole in urine toxicology screens positive for cocaine in an inner-city hospital. JAMA. 2011 Apr 27;305(16):1657-8.

56.  **Heard KJ**, Green JL, James LP, Judge BS, Zolot L, Rhyee S, Dart RC. Acetaminophen-cysteine adducts during therapeutic dosing and following overdose. BMC Gastroenterol. 2011 Mar 14;11(1):20.

57. **Heard K**, Cleveland NR, Krier S. Benzodiazepines and antipsychotic medications for prevention of lethality from acute cocaine toxicity in animal models: A systematic review and meta-analysis. Hum Exp Toxicol. 2011 Nov;30(11):1849-54.

58. Vogel J, **Heard KJ**, Carlson C, Lange C, Mitchell G. Dental pain as a risk factor for accidental acetaminophen overdose: a case-control study. Am J Emerg Med. 2011 Nov;29(9):1125-9

59.  Kornblith A, **Heard K.** Reliability and Validity of 5 Databases for the Identification of Warfarin-Medication Interactions. Clin Appl Thromb Hemost. Clin Appl Thromb Hemost. 2011 Nov;17(6):E95-7

60. Monte AA, Bucher-Bartelson B, **Heard KJ**. A US Perspective of Symptomatic Latrodectus spp. Envenomation and Treatment: A National Poison Data System Review. Ann Pharmacother. 2011 Dec;45(12):1491-8.

61. Valley MA, **Heard KJ**, Ginde AA, Lezotte DC, Lowenstein SR. Observational Studies of Patients in the Emergency Department: A Comparison of 4 Sampling Methods. Ann Emerg Med. 2012 Aug;60(2):139-45.e1

62. **Heard K**, Bui A, Mlynarchek SL, Green JL, Bond GR, Clark RF, Kozer E, Koff RS, Dart RC. Toxicity From Repeated Doses of Acetaminophen in Children: Assessment of Causality and Dose in Reported Cases. Am J Ther. 2014 May-Jun;21(3):174-83. doi: 10.1097/MJT.0b013e3182459c53.

63. Hoyte CO, Jacob J, Monte AA, Al-Jumaan M, Bronstein AC, **Heard KJ.** A Characterization of Synthetic Cannabinoid Exposures Reported to the National Poison Data System in 2010. Ann Emerg Med. 2012 Oct;60(4):435-8.

64. Rumack B, **Heard K,** Green J, Albert D, Bucher-Bartelson B, Bodmer M, Sivilotti ML, Dart RC. Effect of Therapeutic Doses of Acetaminophen (up to 4 g/day) on Serum Alanine Aminotransferase Levels in Subjects Consuming Ethanol: Systematic Review and Meta-analysis of Randomized Controlled Trials. Pharmacotherapy. 2012 Sep;32(9):784-91

65.  Varney SM, Buchanan JA, Kokko J, **Heard K**. Acetylcysteine for Acetaminophen Overdose in Patients Who Weigh >100 Kg. Am J Ther. 2014 May-Jun;21(3):159-63.

66. Miech R, Bohnert A, **Heard K**, Boardman J. Increasing use of nonmedical analgesics among younger cohorts in the United States: a birth cohort effect. J Adolesc Health. 2013 Jan;52(1):35-41. doi: 10.1016/j.jadohealth.2012.07.016. Epub 2012 Oct 15.

67. Jacob J, Albert D, **Heard K**. Single-agent duloxetine ingestions. Hum Exp Toxicol. 2013 Apr;32(4):427-33.

68. Dart RC, Bogdan G, **Heard K**, Bartelson BB, Garcia-Ubbelohde W, Bush S, Arnold T, Clark RC, Hendey GW, Holstege C, Spradley EA. A Randomized, Double-Blind, Placebo-Controlled Trial of a Highly Purified Equine F(ab)2 Antibody Black Widow Spider Antivenom.  Ann Emerg Med. 2012 Apr;61(4):458-67

69.  Hoyte CO, Albert D, **Heard KJ**. The Use of Energy Drinks, Dietary Supplements, and Prescription Medications by United States College Students to Enhance Athletic Performance.  J Community Health. 2013 Jun;38(3):575-80. doi: 10.1007/s10900-013-9653-5.

70. Wang GS, Deakyne S, Bajaj L, Yin S, **Heard K**, Roosevelt G. The Limited Utility of Screening Laboratory Tests and Electrocardiograms in the Management of Unintentional Asymptomatic Pediatric Ingestions. J Emerg Med. 2013 Jul;45(1):34-8.

71. Green JL, **Heard KJ,** Reynolds KM, Albert D. Oral and Intravenous Acetylcysteine for Treatment of Acetaminophen Toxicity: A Systematic Review

and Meta-analysis. West J Emerg Med. 2013 May;14(3):218-26. doi: 10.5811/westjem.2012.4.6885.

72. Hoppe JA, Houghland J, Yaron M, **Heard K**. Prescription history of emergency department patients prescribed opioids. West J Emerg Med. 2013 May;14(3):247-52. doi: 10.5811/westjem.2012.2.6915.

73. Wang GS, Roosevelt G, **Heard K**. Pediatric Marijuana Exposures in a Medical Marijuana State. JAMA Pediatr. 2013 May 27:1-4. doi: 10.1001/jamapediatrics.2013.140.

74. Wang GS, Le Lait MC, **Heard K.** Unintentional Pediatric Exposures to Central Alpha-2 Agonists Reported to the National Poison Data System. J Pediatr. 2014 Jan;164(1):149-52.

75. **Heard K**, Rumack BH, Green JL, Bucher-Bartelson B, Heard S, Bronstein AC, Dart RC. A single-arm clinical trial of a 48-hour intravenous N-acetylcysteine protocol for treatment of acetaminophen poisoning. Clin Toxicol (Phila). 2014 Jun;52(5):512-8.

76. Smalley CM, Jacquet GA, Sande MK, **Heard K**, Druck J.Impact of a teaching service on emergency department throughput. West J Emerg Med. 2014 Mar;15(2):165-9.

77. Wang GS, Roosevelt G, Le Lait MC, Martinez EM, Bucher-Bartelson B, Bronstein AC, **Heard K**. Association of unintentional pediatric exposures with decriminalization of marijuana in the United States. Ann Emerg Med. 2014 Jun;63(6):684-9. doi: 10.1016/j.annemergmed.2014.01.017.

78. Monte AA, Bronstein AC, Cao DJ, **Heard KJ**, Hoppe JA, Hoyte CO, Iwanicki JL, Lavonas EJ. An outbreak of exposure to a novel synthetic cannabinoid. N Engl J Med. 2014 Jan 23;370(4):389-90.

79. Maddry JK, Sessions D, **Heard K**, Lappan C, McManus J, Bebarta VS. Wartime Toxicology: Evaluation of a Military Medical Toxicology Telemedicine Consults Service to Assist Physicians Serving Overseas and in Combat (2005-2012). J Med Toxicol. 2014 Sep;10(3):261-5.

80. **Heard K**, Green JL, Anderson V, Bucher-Bartelson B, Dart RC. A randomized, placebo-controlled trial to determine the course of aminotransferase elevation during prolonged acetaminophen administration. BMC Pharmacol Toxicol. 2014 Jul 22;15:39. doi: 10.1186/2050-6511-15-39

81. Maddry JK, Varney SM, Sessions D, **Heard K**, Thaxton RE, Ganem VJ, Zarzabal LA, Bebarta VS. A comparison of simulation-based education versus lecture-

based instruction for toxicology training in emergency medicine residents. J Med Toxicol. 2014 Dec;10(4):364-8.

82. Monte AA, **Heard KJ**, Hoppe JA, Vasiliou V, Gonzalez FJ. The accuracy of self-reported drug ingestion histories in emergency department patients. J Clin Pharmacol. 2015 Jan;55(1):33-8.

83. Monte AA, **Heard KJ**, Campbell J, Hamamura D, Weinshilboum RM, Vasiliou V. The effect of CYP2D6 drug-drug interactions on hydrocodone effectiveness. Acad Emerg Med. 2014 Aug;21(8):879-85.

84. Hwang U, Belland LK, Handel DA, Yadav K, **Heard K**, Rivera-Reyes L, Eisenberg A, Noble MJ, Mekala S, Valley M, Winkel G, Todd KH, Morrison RS. Is all pain is treated equally? A multicenter evaluation of acute pain care by age. Pain. 2014 Dec;155(12):2568-74.

85. Cao D, **Heard K**, Foran M, Koyfman A. Intravenous lipid emulsion in the emergency department: a systematic review of recent literature. J Emerg Med. 2015 Mar;48(3):387-97.

86. Wang GS, Monte A, Hatten B, Brent J, Buchanan J, **Heard KJ**. Initiation of a medical toxicology consult service at a tertiary care children's hospital. Clin Toxicol (Phila). 2015 May;53(4):192-4. doi: 10.3109/15563650.2015.1013196

87. Monte AA, Anderson P, Hoppe JA, Weinshilboum RM, Vasiliou V, **Heard KJ**. Accuracy of Electronic Medical Record Medication Reconciliation in Emergency Department Patients. J Emerg Med. 2015 Jul;49(1):78-84.

88. Kim HS, Anderson JD, Saghafi O, **Heard KJ**, Monte AA. Kim HS, Anderson JD, Saghafi O, Heard KJ, Monte AA. Cyclic Vomiting Presentations Following Marijuana Liberalization in Colorado. Acad Emerg Med. 2015 Jun;22(6):694-9.

89. Genco EK, Forster JE, Flaten H, Goss F, **Heard KJ**, Hoppe J, Monte AA. Clinically Inconsequential Alerts: The Characteristics of Opioid Drug Alerts and Their Utility in Preventing Adverse Drug Events in the Emergency Department. Ann Emerg Med. 2016 Feb;67(2):240-248.e3. doi:10.1016/j.annemergmed.2015.09.020.

90. Miech R, Johnston L, O'Malley PM, Keyes KM, **Heard K**. Prescription Opioids in Adolescence and Future Opioid Misuse. Pediatrics. 2015 Nov;136(5):e1169-77. doi: 10.1542/peds.2015-1364.

91. Siddiqui A, Belland L, Rivera-Reyes L, Handel D, Yadav K, **Heard K**, Eisenberg A, Hwang U. A Multicenter Evaluation of the Impact of Sex on Abdominal and Fracture Pain Care. Med Care. 2015 Nov;53(11):948-53. doi: 10.1097/MLR.0000000000000430.

92. Hoppe JA, Kim H, Heard K. Association of emergency department opioid initiation with recurrent opioid use. Ann Emerg Med. 2015 May;65(5):493-499.e4

93. Zurlinden TJ, **Heard K**, Reisfeld B. A novel approach for estimating ingested dose associated with paracetamol overdose. Br J Clin Pharmacol. 2016 Apr;81(4):634-45. doi: 10.1111/bcp.12796.

94. **Heard K**, Green JL, Anderson V, Bucher-Bartelson B, Dart RC. Paracetamol (acetaminophen) protein adduct concentrations during therapeutic dosing. Br J Clin Pharmacol. 2016 Mar;81(3):562-8. doi: 10.1111/bcp.12831

95. Heard K, Anderson VE, Dart RC, Green JL. Accuracy of the Structured Medication History Assessment Tool (MedHAT) Compared with Recorded Real-Time Medication Use. Pharmacotherapy. 2016 May;36(5):496-504. doi: 10.1002/phar.1750. Epub 2016 May 2. PubMed PMID: 27029649.

96. Lucyk SN, Yarema MC, Sivilotti ML, Johnson DW, Nettel-Aguirre A, Victorino C, Bailey B, Dart RC, **Heard K**, Spyker DA, Rumack BH. Outcomes of Patients With Premature Discontinuation of the 21-h Intravenous N-Acetylcysteine Protocol After Acute Acetaminophen Overdose. J Emerg Med. 2016 Feb 15. pii: S0736-4679(15)01385-2. doi: 10.1016/j.jemermed.2015.12.004.

97. **Heard K**, Anderson V, Dart RC, Kile D, Lavonas EJ, Green JL. Serum Acetaminophen Protein Adduct Concentrations in Pediatric Emergency Department Patients. J Pediatr Gastroenterol Nutr. 2017 Apr;64(4):533-535. doi: 10.1097/MPG.0000000000001459. PubMed PMID: 27846064.

98. Siddiqui A, Belland L, Rivera-Reyes L, Handel D, Yadav K, **Heard K**, Eisenberg A, Khelemsky Y, Hwang U. A Multicenter Evaluation of Emergency Department Pain Care Across Different Types of Fractures. Pain Med. 2017 Jan 1;18(1):41-48. doi: 10.1093/pm/pnw072. PubMed PMID: 27245631; PubMed Central PMCID: PMC5283699.

99. Kim HS, **Heard KJ**, Heard S, Hoppe JA. Opioid prescription fill rates after emergency department discharge. Am J Health Syst Pharm. 2016 Jun 15;73(12):902-7. doi: 10.2146/ajhp150528. PubMed PMID: 27261241.

100.  Wang GS, Hoppe JA, Brou L, **Heard KJ**. Medication organizers (pill minders) increase the risk for unintentional pediatric ingestions.Clin Toxicol (Phila). 2017 Sep;55(8):897-901. doi: 10.1080/15563650.2017.1321117. Epub 2017 May 4. PubMed PMID: 28471310.

101.  Buchanan J, Windels D, Druck J, **Heard K**. Assessment of toxicology knowledge in the fourth-year medical students: Three years of data. World J

Emerg Med. 2018;9(3):191-194. doi: 10.5847/wjem.j.1920-8642.2018.03.005. PubMed PMID: 29796143; PubMed Central PMCID: PMC5962453.

102. **Heard K**, Anderson VE, Lavonas EJ, Dart RC, Green JL. Serum paracetamol-protein adducts in ambulatory subjects: Relationship to recent reported paracetamol use. Biomarkers. 2018 May;23(3):288-292. doi: 10.1080/1354750X.2017.1410857. Epub 2017 Dec 8. PubMed PMID: 29179598.

## Case Reports

1. Arnold SM, Arnholtz D, Garryfallow GT, **Heard K**.  Two siblings poisoned with diphenhydramine: A case of factitious disorder by proxy.  Ann Emerg Med 1998; 32:256-259

2. **Heard K**, O'Malley GF, Smith M, Dart RC.  Is sulfasalazine toxic? J Toxicol- Clin Toxicol  1998. 36:757-8.

3. **Heard K**, O'Malley F, Dart RC. Treatment of amitriptyline toxicity with a tricyclic antidepressant immune ovine Fab.  Lancet 1999. 354: 1614-1615.

4. **Heard K**, Daly FFS, O'Malley GF, Rosen N.  Respiratory distress after use of droperidol for agitation. Ann Emerg Med 1999. 34:410-411

5. Bebarta V, Nadelson C, **Heard K**.  Lack of toxic effects following acute overdose of mycophenolate.  J Toxicol- Clin Toxicol 2004. 42:917-919.

6. Mendoza CD, **Heard K**, Dart RC.  Coma, metabolic acidosis and normal liver function in a child with a large serum acetaminophen level.   Ann Emerg Med 2006. 48:637

7. Rhyee SH, **Heard K.** Acute barium toxicity from ingestion of "snake" fireworks**.** J Med Toxicol. 2009; 5:205-8.

8. Zosel A, Egelhoff E, **Heard K**. Severe lactic acidosis after an iatrogenic propylene glycol overdose. Pharmacotherapy. 2010; 30(2):219.

9. Wang GS, Monte A, Bagdure D, **Heard K**. Hepatic Failure Despite Early Acetylcysteine Following Large Acetaminophen-Diphenhydramine Overdose. Pediatrics. 2011. 124 e1077-80.

10. **Heard K**, Schaeffer TH. Massive acetylcysteine overdose associated with cerebral edema and seizures. Clin Toxicol (Phila). 2011 Jun;49(5):423-5.

11. Hoyte CO, Cushing TA, **Heard KJ.** Anaphylaxis to black widow spider antivenom**.**  Am J Emerg Med. 2012 Jun;30(5):836.e1-2.

12. Yin S**, Heard KJ.** Complex suicide: Self-incineration and acetaminophen overdose. Injury. 2012 Jan;43(1):124-5. Epub 2011 Jul 5

13. Jacob J, **Heard K.** Second case of the use of intravenous fat emulsion therapy for propafenone toxicity. Clin Toxicol (Phila). 2011 Dec;49(10):946-7.

14. Buchanan JA, Eberhardt A, Tebb ZD, **Heard K**, Wendlandt RF, Kosnett MJ. Massive Human Ingestion of Orpiment (Arsenic Trisulfide).  J Emerg Med. 2013 Feb;44(2):367-72.

15. Maddry JK, Breyer K, Cook KM, **Heard K.** Monomorphic ventricular tachycardia after intentional citalopram overdose. Am J Emerg Med. 2013 Feb;31(2):447.e5-8. doi: 10.1016/j.ajem.2012.05.039.

16. Wang GS, Yin S, Shear B, **Heard K.** Severe poisoning after accidental pediatric ingestion of glycol ethers. Pediatrics. 2012 Oct;130(4):e1026-9

17. Maddry JK, Amir MK, Sessions D, **Heard K**. Fatal dabigatran toxicity secondary to acute renal failure. Am J Emerg Med. 2013 Feb;31(2):462.e1-2.

18. Sessions D, **Heard K**, Kosnett M. Fatal cesium chloride toxicity after alternative cancer treatment. J Altern Complement Med. 2013 Dec;19(12):973-5.

19. Wang GS, Banerji S, Roussil TK, **Heard KJ.** Survival After Amphotericin B Overdose Treated with Plasmapheresis (February). Ann Pharmacother. 2013 Feb;47(2):e9.

20. Frey SM, Wiegand TJ, Green JL, **Heard KJ**, Wilkins DG, Gorodetsky RM, Dart RC. Confirming the Causative Role of Acetaminophen in Indeterminate Acute Liver Failure Using Acetaminophen-Cysteine Adducts. J Med Toxicol. 2015 Jun;11(2):218-22.

21. Seifert SA, Kovnat D, Anderson VE, Green JL, Dart RC, **Heard KJ.** Acute hepatotoxicity associated with therapeutic doses of intravenous acetaminophen. Clin Toxicol (Phila). 2016 Mar;54(3):282-5. doi: 10.3109/15563650.2015.1134798.

22. Yip L, **Heard K**. Potential adjunct treatment for high-risk acetaminophen overdose. Clin Toxicol (Phila). 2016 Feb 26:1.

23. Maddry JK, Kester A, **Heard K**. Prolonged hypocalcemia refractory to calcium gluconate after ammonium bifluoride ingestion in a pediatric patient. Am J Emerg Med. 2017 Feb;35(2):378.e1-378.e2. doi: 10.1016/j.ajem.2016.08.028. Epub 2016 Aug 18. Review. PubMed PMID: 27609122.

**Review or Invited Manuscripts**

1. **Heard K**. and Dart, RC Guidelines for managing acetaminophen overdose. J Critical Illness. 1998. 13:607.

2. **Heard K**, O'Malley GF, Dart RC.  Antivenom therapy in the Americas.  Drugs 1999. 58:5-15.

3. Kuffner EK, **Heard K**, O'Malley GF.  Treatment of acetaminophen toxicity in the ICU.  J Intensive Care Med. 1999. 14:157-165

4. **Heard K**.  1999 North American Congress of Clinical Toxicology Clinical Case Presentation: Reye's Syndrome (Presentation).  Internet J Med Toxicol 2000; 3:17

5. **Heard K**.  1999 North American Congress of Clinical Toxicology Clinical Case Presentation: Reye's Syndrome (Conclusion).  Internet J Med Toxicol 2000; 3:15

6. **Heard K**. Goldfrank's Toxicologic Emergencies (Book review).  Ann Emerg Med 2003. 41:901-902

7. **Heard K**.  Gastrointestinal Decontamination.  Med Clinics North America. 89(6):1067-78

8. **Heard K**.  The changing indications of gastrointestinal decontamination in poisonings. Clin Lab Med. 2006; 26:1-12, vii. (Republication of Medical Clinics manuscript)

9. Little C, Paradis NA, **Heard K.**  Prehospital interventions to improve outcome after cardiac arrest.  Seminars in Neurology.  2006. 26:380-387.

10. Wilber ST, Gerson LW, Terrell KM, Carpenter CR, Shah MN, **Heard K**, Hwang U. Geriatric Emergency Medicine and the 2006 Institute of Medicine Reports from the Committee on the Future of Emergency Care in the U.S. Health System. Acad Emerg Med 2006 Dec;13(12):1345-51.

11. Terrell KM, **Heard K**, Miller DK. Prescribing to older ED patients. Am J Emerg Med. 2006. 24:468-78.

12. **Heard K**. Goldfrank's Toxicologic Emergencies (Book review).  Ann Emerg Med 2007. 49: 387-388.

13. **Heard K,** Mendoza CR.  Consequences of attempts to mask urine drug screens (Editorial). Ann Emerg Med 2007. 50:591-592.

14. Wolf SJ, **Heard K**, Sloan EP, Jagoda AS, American College of Emergency Physicians Clinical Policies Subcommittee (Writing Committee) on Critical Issues

in the Management of Patients Presenting to the Emergency Department With Acetaminophen Overdose. Clinical policy: critical issues in the management of patients presenting to the emergency department with acetaminophen overdose. Ann Emerg Med. 2007. 50:292-313.

15. Wolf SJ, **Heard K**, Sloan EP, Jagoda AS, American College of Emergency Physicians Clinical Policies Subcommittee (Writing Committee) on Critical Issues in the Management of Patients Presenting to the Emergency Department With Acetaminophen Overdose. Clinical policy: critical issues in the management of patients presenting to the emergency department with acetaminophen overdose. J Emerg Nurs. 2008 Apr;34(2):e1-18. (Republication of Annals of Emergency Medicine manuscript).

16. **Heard K**. Acetylcysteine for acetaminophen overdose. N Engl J Med 2008; 359: 285-292.

17. **Heard K**, Palmer R, Zahniser NR. Mechanisms of acute cocaine toxicity. Open Pharmacol J. 2008; 2:70-78.

18. Phua DH, Zosel A, **Heard K.** Dietary supplements and herbal medicine toxicities—when to anticipate them and how to manage them. Int J Emerg Med. 2009 June; 2(2): 69–76.

19. **Heard K**. Asymptomatic alanine aminotransferase elevations with therapeutic doses of acetaminophen. Clin Toxicol (Phila). 2011 Feb;49(2):90-3.

20. Carpenter CR, Shah MN, Hustey FM, **Heard K**, Gerson LW, Miller DK. High Yield Research Opportunities in Geriatric Emergency Medicine: Prehospital Care, Delirium, Adverse Drug Events, and Falls. J Gerontol A Biol Sci Med Sci. 2011 Jul;66(7):775-83.

21. Monte AA, **Heard KJ**, Vasiliou V. Prediction of Drug Response and Safety in Clinical Practice. J Med Toxicol. 2012 Mar;8(1):43-51.

22. **Heard K**, Green J. Acetylcysteine Therapy for Acetaminophen Poisoning. Curr Pharm Biotechnol. 2012 Aug 1;13(10):1917-23.

23. Monte AA, Vasiliou V, **Heard KJ**. Omics Screening for Pharmaceutical Efficacy and Safety in Clinical Practice. J Pharmacogenomics Pharmacoproteomics. 2012 Mar 16;S5. doi:pii: 001.

24. Wang GS, Monte A, Hatten B, Brent J, Buchanan J, Heard KJ. Initiation of a medical toxicology consult service at a tertiary care children's hospital. Clin Toxicol (Phila). 2015 May;53(4):192-4.

25. Monte AA, Zane RD, **Heard KJ**. The implications of marijuana legalization in Colorado. JAMA. 2015 Jan 20;313(3):241-2. doi: 10.1001/jama.2014.17057.

26. Wang GS, **Heard K**, Roosevelt G. The Unintended Consequences of Marijuana Legalization. J Pediatr. 2017 Nov;190:12-13. doi: 10.1016/j.jpeds.2017.08.023. PubMed PMID: 29144239.

27. **Heard K**, Marlin MB, Nappe T, Hoyte CO. Common marijuana-related cases encountered in the emergency department. Am J Health Syst Pharm. 2017 Nov 15;74(22):1904-1908. doi: 10.2146/ajhp160715. Epub 2017 Sep 25. PubMed PMID: 28947626.

## Handbooks

1. Buchanan J, **Heard K**. A guide to antidotes for poisoning and overdoses. The Editors of Emergency Medicine. 2005.

2. Buchanan J, **Heard K**. A guide to antidotes for poisoning and overdoses. The Editors of Emergency Medicine. 2008.

3. Buchanan J, **Heard K**. A guide to antidotes for poisoning and overdoses. The Editors of Emergency Medicine. 2012.

## Book Chapters

1. **Heard K**. Drug Screening. In: Dart RC, Hurlbut KM, Kuffner EK, Yip L eds: *The Five Minute Toxicology Consult*. Philadelphia PA: Lippincott Williams &Wilkins,

2. DeWitt C, **Heard K**. Cardiovascular Toxicology. In Markovchick VJ and Pons PT eds. *Emergency Medicine Secrets 3rd Ed.* Philadelphia PA: Hanley and Belfus. 2002: 431-444.

3. **Heard K**. Hydrofluoric acid. In Irwin RS, Rippe JM, Goodheart HP eds. *Irwin and Rippe's Intensive Care Medicine 5th Ed..* Philadelphia PA: Lippincott Williams &Wilkins, 2003: 1487-1490.

4. **Heard K**, Kline JA. Calcium channel blockers. In Tintinalli JE, Kelen GD, Stapczynski JS eds. *Emergency Medicine- A comprehensive study guide 6th Ed.* New York: McGraw-Hill. 2003: 1108-1112

5. Olsen AL, **Heard K**. Type III anti-dysrhythmic agents. In Dart RC Caravati EM; McGuigan M et al eds. *Medical Toxicology 3rd Ed.* Philadelphia PA: Lippencott Williams &Wilkins, 2004: 689-695.

6. **Heard K**. Digoxin and therapeutic cardiac glycosides. In Dart RC Caravati EM; McGuigan M et al eds. *Medical Toxicology 3rd Ed.* Philadelphia PA: Lippincott Williams &Wilkins, 2004: 700-706

7. **Heard K**. Hydrofluoric acid.  In Brent J, Wallace KL, Burkhart KK, Phillips SD, Donovan JW.  *Critical Care Toxicology.* St. Louis MO:Mosby.  2005: 1045-1050.

8. **Heard K**.  Fluoride and Hydrofluoric acid.  In Harwood-Nuss A, Wolfson AB, Linden CH, Shephard SM, Stenklyft PH. *The Clinical Practice of Emergency Medicine.* Philadelphia  PA: Lippincott Williams &Wilkins, 2005: 1587-1590.

9. Rogers JJ,  **Heard K**.  Cardiovascular Toxicology.  In Markovchick VJ and Pons PT eds.  *Emergency Medicine Secrets 4rd Ed.*  Philadelphia PA: Hanley and Belfus. 2006: 537-543.

10. Bebarta V, **Heard K**.  Toxicology.  In Chapleau W, Burba A, Pons P, Page D. *The Paramedic.* New York, NY:McGraw- Hill. 2007: 862-881.

11. **Heard K**.  Hydrofluoric acid. In Irwin RS, Rippe JM, Goodheart HP eds.  *Irwin and Rippe's Intensive Care Medicine 6th Ed.*  Philadelphia PA: Lippincott Williams &Wilkins, 2007: 1626-1628.

12. **Heard K,** Paradis N.  Cardiac arrest due to poisoning.  In   Paradis N, Halperin H, Kern K, Wenzel V, Chamberlain D. Editors.  *Cardiac Arrest: The Science and Practice of Resuscitation Medicine 2nd ed.*  New York, NY. Cambridge University Press. 2007: 1048-1052.

13. **Heard K**.  Fluoride and Hydrofluoric acid.  In Wolfson AB et al Editorss. *Harwood Nuss's The Clinical Practice of Emergency Medicine.* Philadelphia  PA: Lippincott Williams &Wilkins. Accepted 3-2008.

14. Hoppe J, **Heard K**. Phencyclidine Intoxication in Adults.  *UpToDate*. Waltham, MA :Wolters Kluwer Health. 2008: www.uptodate.com

15. **Heard K**.  Hydrofluoric acid. In Irwin RS, Rippe JM, Goodheart HP eds.  *Irwin and Rippe's Intensive Care Medicine 7th Ed.*  Philadelphia PA: Lippincott Williams &Wilkins. Accepted 8-2009.

16. **Heard K**, Dart RC. Acetaminophen (paracetamol) Intoxication in Adults.  *UpToDate*. Waltham, MA :Wolters Kluwer Health. 2009: www.uptodate.com

**Non-peer Reviewed Articles**
1. Kung S, **Heard K**.  Acetaminophen toxicity. Emerg Med 2005. 37:32B-32F.

2. **Heard K.** Use of over-the counter analgesics by patients that regularly consume alcohol. Family Practice Recertification. October 2005 (Supplement) 16-21.

3. Hopkins J, **Heard K.** Timely management of snakebite. Emerg Med 2008. 40: 16-18.

4. **Heard K**. Non-prescription analgesic misuse: Identification, prevention and treatment of adverse effects. Emerg Med 2009. 41(5):25-29

## Letters to the Editor

1. **Heard K**, Paradis NA, Dart RC.  American Heart Association guidelines for the treatment of the poisoned patient.  Internet J Med Toxicol 2001.  4:24.

2. **Heard K**, Dart RC.  TCAs and myocardial function (In reply).  Acad Emerg Med 2002.  9:759.

3. **Heard K**, Bebarta V, Lowenstein SR. Research methodology for animal studies. JAMA 2005.  294:40.

4. **Heard K**, Dart RC. Acetylcysteine did not fail. Emerg Med J (Online publication). 2007. Available at  http://emj.bmj.com/cgi/eletters/24/5/e31.

5. **Heard K,** Krier S, Cleveland NR. Response to the use of antipsychotic medications for acute cocaine toxicity, Acad Emerg Med 2007. 15:107

6. **Heard K**, Wilber S, Shah MN. Inappropriate prescribing in elderly ED patients. Am J Emerg Med. 2008;26(3):372-3.

7. **Heard K.** Acetaminophen poisoning (In reply). N Engl J Med 2008; 359:1962-1965.

8. Buchanan J, Moreira M, **Heard K**. Response to Letter to the Editor: validation of a 6-hour observation period for cocaine body stuffers. Am J Emerg Med. 2011 Mar 28. [Epub ahead of print]

9. **Heard K**, Vogel J. Response to comment on dental pain as risk factor for accidental acetaminophen overdose: a case-control study. Am J Emerg Med. 2012 Mar;30(3):511. Epub 2012 Jan 21.

10. Wang GS, Hoppe J, Brou L, **Heard K**. In response to "Balancing the risks and benefits of medication organizers". Clin Toxicol (Phila). 2018 Feb;56(2):156. doi: 10.1080/15563650.2017.1348511. Epub 2017 Jul 27. PubMed PMID: 28748717.

## Selected Abstracts- National Meetings

1. **Heard K**, Cain B, Post B, Dart RC, Cairns CB.  Desipramine directly depresses human myocardial function Acad Emerg Med 1998; 5:473.

2. O'Malley GF, Siefert S, **Heard K**, Yip L.  Pupillary effects of olanzapine overdose mimic opiate and alpha-2 agonists J Toxicol Clin Toxicol 1998. 36: 523

3. **Heard K**, Yip L, Dart RC.  Reporting of animal research methods- Are rigorous study methods reported? J Toxicol- Clin Toxicol 1998. 36: 490

4. Dart RC, **Heard K**, Yip L.  Reporting of critical research elements in toxin research using animal models. Toxicon 1999.  37:294.

5. O'Malley GF, **Heard K**, Daly FFS, Smith M, Nagakuni R, Daniel K, Dart RC.  Characteristics and clinical course of non-acute acetaminophen ingestion. Acad Emerg Med 1999.  6:379.

6. **Heard K**, Dart RC.  Age and overdose: A national study of admitted poisoning patients. Acad Emerg Med 1999.  6:529.

7. **Heard K**, Hill R, Dart RC.  Divalent cation therapy for acute systemic fluoride poisoning.  Acad Emerg Med 1999.  6:379.

8. Cairns CB, Cain BS, Honigman B, Bourn M, **Heard K**.  Prehospital storage degrades the physiologic effects of epinephrine in human myocardium.  Ann Emerg Med 1999: 34:S15

9. Hill RE, O'Malley GF, Bogdan GM, **Heard K**, Lear K, Huffer W, Dart RC.  Crotalid venom induced histopathologic changes in mammalian joints.  J Toxicol Clin Toxicol 1999. 37:612

10. **Heard K,** O'Malley GF, Bogdan GM, Dart RC, Burkhart KK, Donovan JW, Brown BL, Ward SB, Porter RS.  Serum and urine concentrations of tricyclic antidepressants (TCA) following administration of TCA immune FAB (ovine).  J Toxicol Clin Toxicol.  1999. 37:670.

11. **Heard KJ**, Morrell TD, Hill RE, Dart RC, Cairns CB.  Verapamil induced mitochondrial energy potential in human smooth muscle is not reversed by calcium.  Acad Emerg Med 2000. 7:439.

12. Hill RE, **Heard K**, Bogdan GM, Cairns C, Dart RC. Prevention of verapamil-induced myocardial depression via an experimental verapamil-specific IgG. Toxicologist 2000. 54:347.

13. Waksman JC, **Heard K,** Jolliff H, Daly FFS, Bogdan GM, Dart RC.  Serotonin syndrome associated with the use of St. John's wort (*Hypericum perforatum*) and paroxetine.   J Toxicol Clin Toxicol 2000.38:521

14. Moreia ME, Sorensen AC, **Heard KJ**, Harken AH, Banerjee A, Cairns CB.  Reduction in the mitochondrial energy potential by inhibition of electron transport in human vascular smooth muscle cells.  Acad Emerg Med 2001, 8:548

15. **Heard KJ,** Moreira ME, Sorensen AC, Harken AH, Banerjee A, Cairns CB. Rapid restoration of the mitochondrial energy potential after AZT in human cells. Acad Emerg Med 2001.  8:442

16. Bebarta V, Luyten D, **Heard K.**  Emergency Medicine animal research- Does lack of randomization or blinding bias the results?  Acad Emerg Med 2002. 9:484

17. Delgado J, **Heard K**.  Oral decontamination with calcium or magnesium does not improve survival following hydrofluoric acid ingestion.  J Toxicol- Clin Toxicol 2002. 40:697.

18. **Heard K**, Guterl K, Holmes JW, Dart RC, Cairns CB, A preliminary in-vitro study of ovine immune antibody therapy for reversal of acute verapamil toxicity.  Ann Emerg Med 2002.  40:S39

19. Paradis NA, Tashkin J,  **Heard K,** Little C, Halperin HR.  The effect of the FDAs final rule on informed consent and waiver of informed consent in emergency research circumstances on human cardiac arrest research in the United States. Circulation 2002. 106:1826

20. **Heard K,** Schwartz R  Lowenstein SR. Acute drug toxicity in elderly patients: A national study of overdoses, adverse drug reactions and poisoning.  American Geriatric Society 5-15-03 Baltimore MD (abstracts not published)

21. **Heard K,** Bebarta V.  Validation of the Glasgow Coma Scale for poisoning patients in the emergency department. J Toxicol- Clin Toxicol 2003.  41:668

22. Bebarta V, Nadelson C, **Heard K.**  Lack of toxic effects following acute overdose of mycophenolate.  J Toxicol- Clin Toxicol 2003.  41: 674.

23. Bebarta V, **Heard K,** Delgado J, DeWitt C, Kostic M, Dart R.  Lack of toxicity or significantly elevated formate levels following inhalational abuse of methanol containing solvents. J Toxicol- Clin Toxicol 2003.  41:674.

24. Abboud PA, **Heard K.**  What determines if older patients are willing to participate in cardiac arrest studies?. Acad Emerg Med 2004.  11:476

25. Marietta MH, Little CM, **Heard K**, Severyn FA, Peng K, Paradis NA, Fragoso M. Vasopressin alone or with epinephrine may be superior to epinephrine in a clinically relevant porcine model of cardiac arrest.   Acad Emerg Med 2004. 11:601

26. Cleveland N, DeWitt C, Marietta M, **Heard K.**  Ziprasidone is protective in an animal model of acute cocaine poisoning.  Acad Emerg Med 2004.  11:472a.

27. DeWitt C, Waksman J, **Heard K.** Insulin and C-peptide in sulfonylurea-induced hypoglycemia J Toxicol- Clin Toxicol 2004.  42:796

28. DeWitt C, **Heard K**, Dart RC.  CNS and CV Effects in acute amantadine overdoses in children. J Toxicol- Clin Toxicol 2004.  42:750

29. DeWitt C, Cleveland N, **Heard K.**  The effect of amiodarone in mice with acute cocaine toxicity. J Toxicol- Clin Toxicol 2004.  42:740

30. Kostic MA, **Heard K,** Palmer RB, Higgins JA, Dart RC. A Pilot Study of Fomepizole for the Treatment of Acute Diethylene Glycol Poisoning.  J Toxicol- Clin Toxicol 2004.  42:713

31. Bebarta VS, Phillips S, Eberhardt A, Callihan KJ, **Heard K,**, Waksman J. Incidence and outcomes of patients with the Brugada Pattern in a large case series of tricyclic overdoses J Toxicol- Clin Toxicol 2004.  42:714

32. **Heard K,** Sloss D, Weber SA, Dart RC.  Misuse of over the counter analgesics by emergency department patients.  Acad Emerg Med 2005.  12 (Supplement):156.

33. Robinett M, Luzier E, **Heard K**.  The effect of hyperventilation on oral temperature measurements. Acad Emerg Med 2005.  12 (Supplement):137

34. Al-Marshad A, **Heard K,** Abboud PA, Lowenstein SA.  What determines if emergency department patients are willing to participate in resuscitation studies without providing informed consent. Acad Emerg Med 2005.  12 (Supplement):79.

35. Nordenholz KE, Dyer D, **Heard K**, Hanson JA, Ziske MG.  Radiologic diagnoses of patients who received imaging despite negative D-dimer tests.  Acad Emerg Med 2005.  12 (Supplement):15.

36. Nordenholz KE, Naviaux N, Zieske M,  Hanson J, Wolf SJ, **Heard K** Pulmonary Embolism Is Uncommon in Patients with Moderate or High Pre-Test Probability and Negative D-Dimers. Ann Emerg Med 2005.46:S10-11.

37.  Krier S, **Heard K**, Cleveland NA, DeWitt CR.  The effect of ziprasidone treatment and withdrawal on acute cocaine poisoning.   Clin Toxicol 2005; 43:730

38.  Schaeffer TH, Phillips SD, **Heard KJ**, Dart RC.  Terminal 40 ms R wave height vs serum levels in tricyclic antidepressant (TCA) overdose: Is there a correlation. Clin Toxicol 2005; 43:732

39. Rogers JJ, **Heard K**  Dart RC. Age is associated with outcome in poisoning patients.  Clin Toxicol  2005; 43:716.

40. Cleveland NJ, Krier S, **Heard K**. A Randomized, Placebo-Controlled Comparison of Ziprasidone, Diazepam or both for Prevention of Cocaine Toxicity in a Mouse Model.  Clin Toxicol  2006; 44: 631.

41. Ahmadi M, Schaeffer TH, **Heard K**.  Evolution of a T40MS R Wave in a Citalopram Overdose (OD) with Serotonin Syndrome (SS). Clin Toxicol  2006; 44: 658.

42. Mendoza C, **Heard K**, Dart RC. The Delayed Diagnosis of Thyrotoxicosis in the Setting of Cocaine Exposure.  Clin Toxicol  2006; 44: 690.

43.  **Heard K**, Green JL,  Bogdan GM,  Ries NL,  Dart RC,  Rumack BH.  At What AST and ALT Does Hepatic Dysfunction Occur Following Acetaminophen Poisoning? Clin Toxicol. 2006; 44:713.

44. Mendoza C, Schaeffer TH, Bronstein AC, Dart RC, **Heard K**.  A Cohort Study of Acute Lung Injury after Use of a Spray-On Grout Sealer. Clin Toxicol  2006; 44:721.

45. Schaeffer TH, **Heard K**,  Bronstein AC.  Outcomes of Ethylene Glycol Ingestions in Children Less than 6 as Reported to United States (US) Poison Centers (PC). Clin Toxicol  2006; 44:769.

46. Nordenholz KR, **Heard K**. Ascent to Altitude in a Hypobaric Chamber Does Not Consistently Affect Serum D-Dimer Levels.  Ann Emerg Med 2006 48(S): 111.

47. Bebarta VS,  Little C, Fragoso M, **Heard K**.  A Swine Model for Poison-Induced Cardiac Arrest Using Intravenous Potassium Cyanide. Ann Emerg Med  2007. 50: S7.

48. Rhyee SH, Green JL, James L, **Heard K**, Dart RC. Acetaminophen-Protein Adducts in Therapeutic Acetaminophen Dosing. Clin Toxicol  2007; 45:605

49. Bebarta VS,  Little C, Fragoso M, **Heard K**.  A Swine Model for Poison-Induced Cardiac Arrest Using Intravenous Potassium Cyanide. Clin Toxicol  2007; 45:606

50. Rhyee SH, Hoppe J,1 **Heard K**. Multiple Transaminase Peaks Following Acute Acetaminophen Overdose.  Clin Toxicol  2007; 45:607

51. Tan HH, Hoppe J, **Heard K**. Does Overdose of Atypical Antipsychotic Medications Cause Ventricular Arrhythmias? A Systematic Review. Clin Toxicol 2007; 45:621.

52. Chuang R, **Heard K**. What Types of Studies Are Used To Support Treatment Recommendations in Medical Toxicology? Clin Toxicol  2007; 45:626.

53. Mendoza C, Schaeffer TH, Hoppe J, **Heard K**, Dart RC. Acute Median Nerve Entrapment Requiring Surgery after Snakebite to the Hand. Clin Toxicol 2007; 45:626-7

54. Stanford CF, Schaeffer TH, Delgado JD, Holstege CP, Olsen D, Bogdan GM, **Heard K**. Treatment of Life Threatening Digoxin Toxicity with Digoxin Immune Fab. Clin Toxicol 2007; 45:647.

55. **Heard K**, Peberdy MA, Sayre MR, Sanders A, Geocadian RG, O'Neil BJ RESCUE Study Group. A Randomized, Controlled Trial Comparing the Arctic Sun to Standard Cooling for Hypothermia After Cardiac Arrest. Circulation 2007; 116: II 529.

56. Rhyee SH, Green JL, James L, **Heard K**, Dart RC. Acetaminophen-protein adducts in alcoholic patients receiving acetaminophen 4 g/day for 5 days. Hepatology 2007. 46(S1):

57. Green JL, Campagna E, Bogdan GM, **Heard K**, Dart RC. The Choice of Clinical Laboratory May Change Study Outcome: An Inter-Laboratory Evaluation of Aminotransferase Measures. Hepatology 2007. 46(S1):

58. Green JL, **Heard K**, Bogdan GM , Brands B, Dart RC. Treatment of Alcoholic HCV Patients with Acetaminophen 4 g/Day for 5 Days Does Not Affect Hepatic Tests Compared to Placebo. Hepatology 2007. 46(S1):

59. Haukoos J, Witt G, Craig Gravitz G, Dean J, Jackson D, Colwell C, Candlin T, Vellman P, Riccio J , Luyten D, Pineda G, Gunter J, McVaney K, **Heard K.** The Epidemiology of Out-of-Hospital Cardiac Arrest in Denver, Colorado: Results from Phase I of the Denver Cardiac Arrest Registry. Acad EM 2008. 15:S89.

60. Kornblith A, **Heard K**. Reliability and Validity of 5 Databases for the Identification of Interactions with Warfarin. Acad EM 2008. 15:S98

61. Valley M, Ginde A, **Heard K**, Lowenstein SR Comparison of Five Sampling Methods to Represent Characteristics of Overall ED Population. Acad EM 2008. 15:S173.

62. O'Neil B, Peberdy M, Sayre M, Geocadin R, Sanders A, Dixon S, **Heard K**. Therapeutic Hypothermia: Predictors of Neurological Outcome in Out of Hospital Cardiac Arrest with All Initial Rhythm. Acad Emerg Med 2008. 15:S178.

63. Krier S, Cleveland NJ, **Heard K.** Olanzapine Attenuates Cocaine Toxicity in a Mouse Model. Clinical Toxicology 2008. 46: 593

64. Zosel AE, Varney SM, **Heard K**, Toxicology Investigator Network. Outcomes of Acetaminophen (APAP) Ingestion Patients Unable To Be Classified as Acute or Repeated Supratherapeutic Ingestions (RSTI). Clinical Toxicology 2008. 46: 623.

65. Zosel A,  Egelhoff E,  **Heard K**.  Case Report of Severe Lactic Acidosis from Iatrogenic Propylene Glycol Overdose.  Clinical Toxicology 2008. 46: 623

66. Lavonas EJ, Green JL, **Heard KJ**, Spyker DA, Ng CM, Rumack BH, Temple AR, Dart RC. The Truth about AST and ALT in Severe Acetaminophen Overdose. Clinical Toxicology 2008. 46: 624.

67. Ng CM,1 Spyker DA, Green JL, Lavonas EJ**, Heard KJ**, Rumack BH, Temple AR, Dart RC. Population Exposure Model of Patients Following Acetaminophen Overdose.  Clinical Toxicology 2008. 46: 624.

68. Alhelail MA, Hoppe JA, Rhyee SH, **Heard KJ**, Toxicology Investigator Network .Clinical Course of Repeated Supratherapeutic Ingestion (RSTI) of Acetaminophen (APAP). Clinical Toxicology 2008. 46:627.

69. Buchanan JA, Phua DH, Mlynarchek SL, **Heard K**, Toxicology Investigator Network. Serum Acetaminophen (APAP) Levels, Intravenous N-Acetylcysteine (IV NAC) Infusion Rate and Risk of Anaphylactoid Reactions (AR).  Clinical Toxicology 2008. 46:628

70. Grazi LM, Green JL, Dart RC, **Heard K**.  Transient Alanine Aminotransferase Elevations in Alcohol Abstaining Subjects with 10 Consecutive Days of Therapeutic Acetaminophen (APAP) Use.  Clinical Toxicology 2008. 46:632.

71. Mlynarchek SL,  Bogdan GM, **Heard K**,  Dart RC.  Safety Profile of Oral Versus Intravenous N-acetylcysteine for Acute Ingestion of Acetaminophen.  Clinical Toxicology 2008. 46:639.

72. Cleveland NJ, Krier S, **Heard K**.  A Systematic Review of Animal Studies Using Antipsychotic Medications To Attenuate Cocaine Toxicity.  Clinical Toxicology 2008. 46:643.

73. Gogela CA, Lange CM, **Heard K**. Misuse of Non-prescription Analgesics by Emergency Department Patients. Ann Emerg Med  2008;52:S75.

74. Moreira ME, Buchanan J, **Heard K**. Retrospective Review of an Implemented Body Stuffer Protocol. Ann Emerg Med  2008;52:S141.

75. **Heard KJ**. Green JL, S. Rhyee, R.C. Dart.  Serum acetaminophen-cysteine adducts: A comparison of concentrations during therapeutic dosing and overdose. Hepatology 2008. 48:S471A

76. Guth T, Druck J, **Heard K**. Medical Student Career Choices and Attitudes toward Emergency Medicine after a Required Emergency Medicine Rotation. Acad Emerg Med 2009. 16:S53.

77. **Heard K,** Krier S, Clevland NR. Does Knowledge of Treatment Group Bias Measurement of Time to Seizure in Animal Studies? Acad Emerg Med 2009. 16:S84-85.

78. Clevland NR, Krier S, **Heard K.** A Meta-analysis of Animal Studies Using Benzodiazepines to Prevent Death from Cocaine Toxicity. Acad Emerg Med 2009. 16:S84-85.

79. **Vogel J, Heard K,** Is Dental Pain a Risk Factor for Accidental Overdose of Acetaminophen? Acad Emerg Med 2009. 16:S218-219.

80. Hwang U, Baumlin K, Chawla N, Handel D, **Heard K**, Pines J, Valley M, Yadav M. A Multicenter Study of the Association between ED Crowding and Laboratory Turnaround Times. Acad Emerg Med 2009. 16:S211-212.

81. Nordenholz K, Ryan J, Atwood B, **Heard K**. Evaluation of pulse oximetry and the Pulmonary Embolism Severity Index for risk assessment in pulmonary embolism patients in the emergency department. J Emerg Med. 2009. 37:207-208.

82. Chuang R, **Heard KJ**. Prolonged Serum Half-Life after Therapeutic Acetaminophen Dosing. Clin Toxicol 47:719

83. Alhelail MA, Varney SM, Steitz A, **Heard KJ**, Waksman JC. Chronic Carbon Monoxide (CO) Poisoning: Myth or Reality – A Systematic Review. Clin Toxicol 47:722.

84. Chuang R, Exelbert EJ, **Heard KJ**. Fatality from Ammonium Bifluoride Poisoning after Ingestion of Grout Cleaner. Clin Toxicol 47:741.

85. Monte AA, **Heard KJ**. A National Perspective of Latrodectus spp. Envenomation: 2004–2006.  Clin Toxicol 47:754.

86. Varney SM, Buchanan JA, **Heard K**. Acetylcysteine (NAC) Use for Acetaminophen (APAP) Overdose in Patients Weighing over 100 kg. Clin Toxicol 47:738.

87. O'neil B, Peberdy MA, Sayre  M, Sanders A, Geocadin R, Paradis N, **Heard K**. Early Predictors of Good Neurologic Outcome From Out of Hospital Cardiac Arrest Treated With Therapeutic Hypothermia. Circulation, 2010; 122: A63.

88. Tebb Z, Eberhard A, **Heard K**, Wendlandt R, Kosnett MM, Buchanan JA. Non-Fatal Attempted Suicide with Orpiment (Arsenic Trisulfide) Ingestion. Clin Toxicol, 2010. 48:623.

89. Windels D, **Heard K**, Druck J, Buchanan JA. Assessment of Toxicology Knowledge in Fourth Year Medical Students.  Clin Toxicol, 2010. 48:649.

90. **Heard KJ**, Bond RF, Clark RF, Dart RC, Green JL, Koff RC, Kozer E, Mlynarchek S, Steitz AG. Death and Liver Injury Following Repeated Acetaminophen (APAP) Ingestions by Children. Clin Toxicol, 2010. 48:607.

91. Monte AA, Yin S, **Heard KJ**, Bronstein AC. Has One Pill Killed? A Review of AAPCC Pediatric Fatality Data. Clin Toxicol,2010. 48:608.

92. **Heard KJ**. Effect of 21 Days of Antipsychotic Medication Administration on the Sensitivity of Mice to Acute Cocaine Toxicity. Clin Toxicol, 2011. 49: 228

93. Monte AA, **Heard KJ**. A US Perspective of Latrodectus spp. Envenomation: 2000–2008. 2011. 49: 230.

94. Hoyte C, Jacob J, MonteAA, Al Jumaan M, Bronstein AC, **Heard  KJ**. A Characterization of Spice Exposures Reported to the NPDS in 2010. Clin Toxicol 2011, 49:

95. Reynolds KM, **Heard KJ**, Albert D, Green JL, V Khatri K. Intravenous (IV) and oral forms of N-acetylcysteine (NAC) have similar rates of hepatotoxicity when used to treat acetaminophen poisoning. Clin Toxicol 2011, 49:

96. Al Jumaan M, Cetaruk E, Scoggins R, Roger D, **Heard K**, Phillips S, Brent J. Torsades De Pointes associated with Cesium Carbonate for treatment of cancer. Clin Toxicol 2011, 49:

97. Myracle A, Rumack BH, **Heard K**, Green JL, Albert D, Dart RC, Bodmer M, Sivilotti MLA, Bucher-Bartelson B. The Effect of Acetaminophen on Serum Alanine Aminotransferase Activity in Subjects Who Consume Alcohol: A Meta-analysis of Published Randomized, Controlled Trials. Clin Toxicol 2011, 49:

98. Heard K, Sun J, Green JL , Dart RC , Anderson V. Acetaminophen-protein adducts during prolonged administration of 4 g/day of acetaminophen. Clin Toxicol 2013, 51:

## Abstracts-Regional Meetings (not presented elsewhere)

1. **Heard K**, Kendall J, Abbot J.  Rupture of ectopic pregnancy after medical therapy with methotrexate: A case series. SAEM Western Research Forum 1998. Steamboat Springs CO.

2. Hill RE, **Heard K**, Bogdan GB, Dart RC.  The role of tumor necrosis factor in acetaminophen poisoning. Rocky Mountain Conference on Emergency Medicine. 1999. Snowmass CO

# EXHIBIT B

Testimony History

| Date | Case Name | Court | Case Number | Type of Testimony (Trial, Deposition, or Both) |
|------|-----------|-------|-------------|------------------------------------------------|
| 6-24-16 | ESTATE OF TANYA MARTINEZ, et al. v. CORRECTIONAL HEALTHCARE COMPANIES, INC., et al. | U.S. District Court – District of Colorado | No. 15-cv-01140-RBJ | Deposition |
| 2015 | FABIAN SILVA, et al. v. PRESBYTERIAN HEALTH SERVICES INC, et al. | STATE OF NEW MEXICO COUNTY OF BERNALILLO SECOND JUDICIAL DISTRICT COURT | No. D-202-CV-201305580 | Deposition |
| 7-9-18 | SHANNON SNEED, et al. v. PRESBYTERIAN HEALTHCARE SERVICES, et al. | STATE OF NEW MEXICO COUNTY OF BERNALILLO SECOND JUDICIAL DISTRICT COURT | No. D-202-CV-201606353 | Deposition |
| 2-4-16 | LOUIS DAVIS v. WAL-MART STORES, INC. | District Court OF Colorado. | 2015CV30455 | Testimony |

# EXHIBIT C

Statement of Compensation

Exhibit C
Page C1

Fee Schedule Pursuant to University of Colorado Recommendations

| | |
|---|---|
| Consultation | $400 per hour |
| Deposition | $750 per hour |
| Testimony | $750 per hour |
| Travel | $800 per day plus expenses plus above service charges |

Exhibit C
Page C2

# EXHIBIT D

Chart

Serum Acetaminophen Concentrations at Hospital Presentation for Patients with Unintentional
Overdose, Deliberate Overdose, and Concentrations Obtained from Mr. Staple

