# Exhibit No. 1

```
IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
                                        ORIGINAL
Case No. 8:17-CV-03066-MSS-TGW
_____

CHERYL STAPLE,

      Plaintiff,

v.

NORTHWESTERN MUTUAL LIFE
INSURANCE COMPANY,

      Defendant.
_____

NORTHWESTERN MUTUAL LIFE
INSURANCE COMPANY,

      Counter-Plaintiff,

v.

ESTATE OF DESMOND H. STAPLE and
CHERYL STAPLE,

      Counter-Defendant.
_____

   VIDEOTAPE DEPOSITION OF KENNON HEARD, M.D., Ph.D.
_____
```

PURSUANT TO NOTICE, the above-entitled deposition was taken on behalf of the Plaintiff/Counter-Defendant at 9745 East Hampden Avenue, Suite 220, Denver, Colorado, on November 1, 2018, at 9:44 a.m., before Karen S. Fogle, Registered Professional Reporter and Notary Public within Colorado.

1  been from that sample.
2       Q.  The blood draw here, is that -- am I
3  correct or am I wrong -- it says greater than 600.  Is
4  that because the hospital's test only tested to 600?
5       A.  600 is a very, very large acetaminophen
6  ingestion.  Calibrating beyond that doesn't have a lot
7  of utility.  You would never expect to see it that high
8  or rarely see it that high.  A lot of laboratories --
9  they probably did have a number.  Their system is not
10 calibrated to read it that high and, therefore, they
11 won't report it out as anything other than greater than
12 600.
13      Q.  One thing I didn't ask you -- I should have
14 asked you earlier -- other than the opinions contained
15 in your report, are you going to be offering any other
16 opinions about any other medical condition that
17 Mr. Staple may have had?
18      A.  No, I'm not going to offer any opinions on
19 any other medical condition.
20      Q.  I'm asking you about the expression
21 co-ingestion because you have indicated the level 860
22 is not one that could have been reached through a
23 staggered overdose; is that correct?
24      A.  That's correct.
25      Q.  Can you tell me within a reasonable degree

1  of medical certainty whether or not at the time he took
2  his single large ingestion, as you call it, whether he
3  had previously poisoned himself with a staggered
4  overdose?
5       A.   I cannot.
6       Q.   Taking a look at -- there were
7  salicylates -- is that how I'm pronouncing --
8       A.   Salicylates.
9       Q.   The salicylates -- what would be the kind
10 of medications that a patient would take that would
11 contain those kinds of medicines?
12      A.   Salicylate is the active ingredient in
13 aspirin.  It could be an aspirin product.  There are a
14 lot of over-the-counter headache remedies, some back
15 pain medicines that can contain salicylates.  So it's a
16 fairly large number.  Things you've heard of like
17 Excedrin and Bufferin, those are aspirin-containing
18 medications.
19      Q.   Are there salicylates -- one more time for
20 me, please.
21      A.   Salicylates.
22      Q.   Are there salicylates in Pepto Bismol?
23      A.   There is.
24      Q.   Are you able to look at the laboratory data
25 and make a determination as to the form of any of these