UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
CASE NUMBER: 8:17-cv-03066-MSS-TGW

CHERYL STAPLE,

    Plaintiff,

v.

NORTHWESTERN MUTUAL
LIFE INSURANCE COMPANY,

    Defendant,
_____/
NORTHWESTERN MUTUAL
LIFE INSURANCE COMPANY,

    Counter-Plaintiff,

v.

ESTATE OF DESMOND H. STAPLE and
CHERYL STAPLE,

    Counter-Defendant,
_____/

## SUPPLEMENTAL SCHEDULING REPORT

    Pursuant to this Court's Order Concerning Civil Cases executed May 19, 2020 the parties submit this Supplemental Scheduling Report as follows:

| DEADLINE OR EVENT | CURRENT DEADLINE | AMENDED DEADLINE |
|---|---|---|
| **Mandatory Initial Disclosures** | COMPLETED | EXPIRED |
| **Certificate of Interested Persons and Corporate Disclosure Statement** | COMPLETED | EXPIRED |
| **Motions to Add Parties or to Amend Pleadings** | COMPLETED | EXPIRED |
| **Disclosure of Expert Reports** <br>     Plaintiff: <br>     Defendant: | <br> COMPLETED <br> COMPLETED | <br> EXPIRED <br> EXPIRED |

| DEADLINE OR EVENT | CURRENT DEADLINE | AMENDED DEADLINE |
|---|---|---|
| **Discovery Deadline** | COMPLETED | EXPIRED |
| **Dispositive Motions, *Daubert,* and *Markman* Motions** | COMPLETED | EXPIRED |
| **Meeting In Person to Prepare Joint Final Pretrial Statement** | APRIL 13, 2020 | JULY 13, 2020 |
| **Joint Final Pretrial Statement (See Section III. B.)** | APRIL 23, 2020 | JULY 22, 2020 |
| **All Other Motions Including Motions *In Limine*** | APRIL 30, 2020 | JULY 29, 2020 |
| **Final Pretrial Conference** | If needed, it will be set, by separate notice, on a date that is approximately 4 weeks before trial | |
| **Trial Briefs and Deposition Transcripts with Designations Highlighted** | MAY 7, 2020 | AUGUST 5, 2020 |
| **Trial Term:** <br> **Begins:** <br> **Parties shall be prepared to try this case anytime during the trial term. A more specific date will follow, by separate notice.** | JUNE 2020 <br> JUNE 1, 2020 | SEPTEMBER 2020 <br> AUGUST 31, 2020 |
| **Estimated Length of Trial** | 5 | 5 |
| **Jury / Non-Jury** | JURY | JURY |
| **Mediation** <br> Deadline: <br> Mediator: | COMPLETED | COMPLETED |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing document has been electronically filed with the Clerk of Court using the *CM/ECF Portal* and served via *CM/ECF Portal* Electronic Mail to: **John E. Meagher, Esq. and Jake Monk, Esq.,** SHUTTS & BOWEN, LLP, 200 S. Biscayne Blvd., Suite 4100, Miami, Florida 33131 on this **26th day of May, 2020**.

    **CORLESS BARFIELD TRIAL GROUP, LLC**

    */s/ Theodore A. Corless*
    **THEODORE A. CORLESS, ESQUIRE**
    Florida Bar No: 176192
    **MARY CATHERINE LAMOUREUX, ESQUIRE**
    Florida Bar No: 872288
    6812 W. Linebaugh Avenue
    Tampa, Florida 33625
    Telephone: (813) 258-4998
    Facsimile: (813) 258-4988
    Primary email: service@corlessbarfield.com
    *Attorneys for Plaintiff/Counter-Defendant*

    **WEBER, CRABB & WEIN, P.A.**
    */s/ Timothy W. Weber*
    **TIMOTHY W. WEBER, ESQUIRE**
    Florida Bar No: 086789
    **JEREMY D. BAILIE, ESQUIRE**
    Florida Bar No: 118558
    **JOSEPH KENNY, ESQUIRE**
    Florida Bar No: 59996
    5453 Central Avenue
    St. Petersburg, Florida 33710
    Telephone: (727) 828-9919
    Facsimile: (727) 828-9924
    Timothy.weber@webercrabb.com
    Jeremy.bailie@webercrabb.com
    *Co-Counsel for Plaintiff/Counter-Defendant*