**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CASE NO. 8:17-cv-3066-T-35TGW**

CHERYL STAPLE,

      Plaintiff/Counter-Defendant,

v.

NORTHWESTERN MUTUAL
LIFE INSURANCE COMPANY,

      Defendant/Counter-Plaintiff.

_____/

## DEFENDANT'S TRIAL EXHIBIT AND DEMONSTRATIVE LIST

      Defendant/Counter-Plaintiff, The Northwestern Mutual Life Insurance Company ("Defendant/Counter-Plaintiff"), respectfully submits its preliminary Trial Exhibit List.

      By listing these exhibits herein, Defendant/Counter-Plaintiff does not waive its objections to the use of such exhibits by Plaintiff/Counter-Defendant, Cheryl Staple. Further, Defendants reserve the right to supplement and amend their Trial Exhibit List upon notice to Plaintiff/Counter-Defendant, in accordance with the Federal Rules of Civil Procedure.

(remainder of page intentionally blank)

*CASE NO. 8:17-cv-3066-T-35TGW*

| NO. | DATE IDENTIFIED | DATE ADMITTED | WITNESS | OBJECTIONS/ STIPULATED ADMISSIONS [1] | DATE | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|---|
| 1. | | | | A | 03/19/2015 | The Northwestern Mutual Life Insurance Company Estate Whole Life Policy No. 21 144 517, and amendments, riders, applications, delivery receipts or supplements thereto pertaining to Desmond Staple |
| 2. | | | | A | 03/19/2015 | The Northwestern Mutual Life Insurance Company Term Life Policy No. 21 144 525, and amendments, riders, applications, delivery receipts or supplements thereto pertaining to Desmond Staple |
| 3. | | | | A | 05/19/2015 | The Northwestern Mutual Life Insurance Company Term Life Policy No. 21 200 595, and amendments, riders, applications, delivery receipts or supplements thereto pertaining to Desmond Staple |
| 4. | | | | Lack of Relevance | 08/10/2015 | The Northwestern Mutual Life Insurance Company Term Life Policy No. 21 316 990, and amendments, riders, applications, delivery receipts or supplements thereto pertaining to Desmond Staple |
| 5. | | | | Lack of Relevance | 03/19/2015 | Individual Life Insurance Application to The Northwestern Mutual Life Insurance Company and all supplements, amendments and parts thereof pertaining to Desmond Staple |
| 6. | | | | Lack of Relevance | 03/19/2015 | Individual Life Insurance Application to The Northwestern Mutual Life Insurance Company and all supplements, amendments and parts thereof pertaining to Desmond Staple |
| 7. | | | | Lack of Relevance | 05/03/2015 | Individual Life Insurance Application to The Northwestern Mutual Life Insurance Company and all supplements, amendments and parts thereof pertaining to Desmond Staple |
| 8. | | | | Lack of Relevance | 08/10/2015 | Individual Life Insurance Application to The Northwestern Mutual Life Insurance Company and all supplements, amendments and parts thereof pertaining to Desmond Staple |
| 9. | | | | Lack of Relevance | 09/29/2004 | Life and Disability Income Insurance Co Application of Desmond Staple to IDS Life Insurance Company |
| 10. | | | | Lack of Relevance | 11/26/2004 | IDS Life Insurance Company (RiverSource) Flexible Premium Variable Life Insurance Policy **2561 pertaining to Desmond Staple |
| 11. | | | | Lack of Relevance | 01/07/2010 | Correspondence from Kendall M. Nygard at Ameriprise Financial (Riversource Life Insurance Company) to Desmond Staple regarding Policy Loan |

---

[1] Type "A" in this column to identify exhibits to be received in evidence by agreement, otherwise, specifically state each objection to each opposed exhibit.

*CASE NO. 8:17-cv-3066-T-35TGW*

| NO. | DATE IDENTIFIED | DATE ADMITTED | WITNESS | OBJECTIONS/ STIPULATED ADMISSIONS [1] | DATE | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|---|
| 12. | | | | Lack of Relevance, Lack of Foundation, Improper Character Evidence | 02/2012 | E-mails between Desmond Staple and Sandy Nolan at Travelers regarding settlement on the Lawunda Blake Case |
| 13. | | | | Lack of Relevance, Improper Character Evidence | 10/16/2014 | Correspondence from Jodi Anderson Thompson-The Florida Bar to Desmond H. Staple re: complaint |
| 14. | | | | Lack of Relevance | 01/12/2015 | E-mail from Eric Fleming to Aubrey Rosser re: Cheryl Staple Call Notes |
| 15. | | | | Lack of Relevance | 01/25/2015 | Email between Desmond Staple and Cheryl Staple re: additional funds |
| 16. | | | | | 03/03/2015 | E-mail from Eric Fleming with subject re: March 3 phone call with Cheryl Staple |
| 17. | | | | Lack of Relevance | 04/30/2015 05/01/2015 | E-mail chain (NML's Response to Plaintiff's First RFP, 4676) |
| 18. | | | | Improper Character Evidence | 05/06/2015 | Petition for Disciplinary Revocation in the case of The Florida Bar v. The Petition for Disciplinary Revocation of Desmond H. Staple, Supreme Court of Florida, The Florida Bar File No. 2015-10,900 (13F) HDR |
| 19. | | | | Hearsay, Relevance | 05/12/2015 | Correspondence from George Tsafaridis at Ameriprise to Desmond H. Staple regarding lapse on RiverSource Life Insurance Company policy |
| 20. | | | | Hearsay, Relevance | 07/2015 | E-mails between Cheryl Staple and Aubrey Rosser, Eric Fleming and Sarah Williams with attached policy |
| 21. | | | | Hearsay, Relevance | 07/2015 | E-mail chain and attachments (NML's Response to Plaintiff's First RFP, 3970-3975) |
| 22. | | | | Improper Character Evidence | 07/09/2015 | Supreme Court Order in the Supreme Court of Florida Case NO. SC15-857, In Re: Petition for Disciplinary Revocation of Desmond H. Staple |
| 23. | | | | Hearsay | 07/09/2015 07/10/2015 | E-mail from Eric Fleming with subject re: Meeting notes on July 9th |
| 24. | | | | Hearsay | 07/27/2015 | E-mail to Aubrey Rosser, Sara Williams re: check from Cheryl Staple for $100,000.00 |
| 25. | | | | Lack of Relevance | 08/2015 | E-mails between Aubrey Rosser and Desmond and Cheryl Staple re: underwriting questions |
| 26. | | | | Lack of Relevance | 08/2015 | E-mails re: quick follow up underwriting questions |
| 27. | | | | A | 08/04/2015 | Application for Lease Contract for Desmond H. Staple, Esq./ Closa, LLC d/b/a Mama Winnie's Caribbean Kitchen |
| 28. | | | | A | 08/12/2015 | Shopping Center Lease Claim and all amendments, supplements, exhibits and attachments thereto between Closa, LLC and Victoria Properties of Tampa, Inc. |
| 29. | | | | Hearsay | 08/13/2015 | E-mail chain |

| | | | | | 08/17/2015<br>01/2016 | E-mail chain (Northwestern's Response to Plaintiff's First Request for Production, 4638-4639) |
|---|---|---|---|---|---|---|
| 30. | | | | | | |

| NO. | DATE IDENTIFIED | DATE ADMITTED | WITNESS | OBJECTIONS/ STIPULATED ADMISSIONS [1] | DATE | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|---|
| 31. | | | | Hearsay | 08/17/2015 | E-mail chain (Northwestern's Response to Plaintiff's First Request for Production, 004637) |
| 32. | | | | Lack of Relevance | 08/26/2015 08/27/2015 | E-mails between Cheryl Staple and Rayani Karim and filing of Law Office of Desmond Staple 2014 business tax return |
| 33. | | | | Hearsay | 10/2015 | Text messages between Desmond Staple and Sharon Unruh and directed to Eric Unruh |
| 34. | | | | Lack of Relevance | 10/08/2015 | Policy Application Supplement for Term Life Insurance Policy to The Northwestern Mutual Life Insurance Company |
| 35. | | | | Improper Character Evidence, Lack of Relevance | 10/16/2015 | Veronica Burianek Inquiry – Complaint Form to The Florida Bar re: Desmond H. Staple |
| 36. | | | | Improper Character Evidence, Lack of Relevance | 12/2015 | E-mails between Julia Pinnell and John Andreopolous, Esquire |
| 37. | | | | Improper Character Evidence, Lack of Relevance | 12/07/2015 | Correspondence from Julia Pinnell to John D. Andreopolous, Esquire re: correspondence from The Staple Law Group o/b/o Andrea Grose dated 11/23/2015 |
| 38. | | | | Hearsay | 12/07/2015 | E-mails between Elaine Olson and Cheryl Staple |
| 39. | | | | Hearsay | 12/07/2015 | E-mails between Elaine Olson and Cheryl Staple |
| 40. | | | | Hearsay, Lack of Foundation - authentication | 12/15/2015 | Correspondence from Berkeley Preparatory School to Desmond and Cheryl Staple re: past due account |
| 41. | | | | Improper Character Evidence, Hearsay | 12/29/2015 | Julia Pinnell, Esq. Inquiry – Complaint Form to The Florida Bar re: Desmond H. Staple |
| 42. | | | | Hearsay | 01/04/2016 | E-mails between Desmond Staple and Cheryl Staple re: additional loan |
| 43. | | | | Improper Character Evidence | 01/05/2016 | Correspondence from The Florida Bar to Desmond H. Staple re: Complaint of Veronica Burianek |
| 44. | | | | Improper Character Evidence | 01/05/2016 | Correspondence from The Florida Bar to Desmond H. Staple re: Complaint of Julia Mathieson Pinnell |
| 45. | | | | Hearsay, Lack of Foundation - authentication | 01/06/2016 | Berkeley Preparatory School Statement to Desmond and Cheryl Staple |
| 46. | | | | Hearsay, Lack of Foundation - authentication | 01/12/2016 | E-mail from Berkeley Preparatory School to Desmond and Cheryl Staple re: past due account |
| 47. | | | | Hearsay, Lack of Foundation - authentication | 01/15/2016 | Correspondence from Berkeley Preparatory School to Desmond and Cheryl Staple re: past due account and invoice |

| 48. | | | | Improper Character Evidence | 01/20/2016 | Correspondence from Desmond H. Staple responding to letter from The Florida Bar re: Complaint of Veronica Burianek |
|-----|--|--|--|--|--|--|
| 49. | | | | Hearsay | 01/22/2016 | Law Office of Desmond H. Staple, PA check to Wilbert Desir in the amount of 13,500.00 |
| 50. | | | | Lack of Foundation - authentication | 01/26/2016 | Promissory Note between Evins Trajean and Desmond H. Staple |
| 51. | | | | Lack of Foundation - authentication | 01/29/2016 | Berkeley Preparatory School Statement to Desmond and Cheryl Staple |

| NO. | DATE IDENTIFIED | DATE ADMITTED | WITNESS | OBJECTIONS/ STIPULATED ADMISSIONS [1] | DATE | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|---|
| 52. | | | | Hearsay | 02/02/2016 | Emails between Desmond Staple and Cheryl Staple re: request for funds |
| 53. | | | | Hearsay, Lack of Foundation - authentication | 02/10/2016 | E-mail from Berkeley Preparatory School to Desmond and Cheryl Staple re: past due account |
| 54. | | | | A | 02/19/2016 02/22/2016 | Emails between Darby Hamilton, Aubrey Rosser and Cheryl Staple re: transfer of funds |
| 55. | | | | Hearsay, Lack of Foundation -authentication | 02/21/2016 | Promissory Note between David Franklin Vining and Desmond H. Staple, Closa, LLC d/b/a Mam Winnie's Caribbean Kitchen and/or The Staple Group |
| 56. | | | | A | 02/26/2016 | Emails between Cheryl Staple and Desmond Staple re: debt and funds |
| 57. | | | | Lack of Foundation - authentication | 03/2016 | Texts between Desmond Staple (Cellular Phone) and Evins Trajean |
| 58. | | | | Lack of Foundation - authentication | 03/2016 | Evins Trajean request to Desmond H. Staple for Second Promissory Note |
| 59. | | | | A | 03/01/2016 | E-mails between Cheryl Staple and Desmond Staple |
| 60. | | | | Lack of Foundation - authentication | 03/2016 | Summary of Calls and Texts between Cheryl Staple and Desmond Staple (from AT&T records) |
| 61. | | | | Lack of Foundation - authentication | 03/2016 | Summary of Calls and Texts between Cheryl Staple and Desmond Staple taken from Cheryl Staple Phone Logs |
| 62. | | | | Hearsay | 03/2016 | Summary of Calls and Texts between Cheryl Staple and Desmond Staple |
| 63. | | | | Hearsay | 03/2016 | Summary of Calls and Texts between Desmond Staple and Daughter's Phone |
| 64. | | | | Hearsay | 03/2016 | Summary of Calls and Texts from Daughter's phone re: Desmond Staple (from AT&T records) |
| 65. | | | | Hearsay | 03/2016 | Summary of Calls and Texts between Home Phone and Desmond Staple Phone |
| 66. | | | | Hearsay | 03/2016 | Summary of Calls and Texts between Daughter's phone and Desmond Staple |
| 67. | | | | Hearsay | 03/2016 | Summary of Calls and Texts between Desmond Staple and Sharon Unruh |
| 68. | | | | Hearsay | 10/2015 – 03/2016 | 39 pages of Text messages between Desmond Staple and Sharon Unruh |
| 69. | | | | Hearsay | 03/2016 | Summary of Calls and Texts between Desmond Staple and Sharon Unruh |
| 70. | | | | Hearsay | 03/2016 | Summary of Calls and Texts between Desmond Staple and Sharon Unruh |
| 71. | | | | Hearsay | 03/2016 | Summary of Calls and Texts between Desmond Staple and Sharon Unruh |
| 72. | | | | Hearsay | 03/2016 | Summary of Calls and Texts between Eric Unruh and Desmond Staple |
| 73. | | | | Hearsay | 03/2016 | Summary of Calls and Texts between Rudy Simpson and Desmond Staple |
| 74. | | | | Hearsay | 03/2016 | Summary of Calls and Text Messages between Rudy Simpson and Desmond Staple |

| NO. | DATE IDENTIFIED | DATE ADMITTED | WITNESS | OBJECTIONS/ STIPULATED ADMISSIONS[1] | DATE | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|---|
| 75. | | | | Hearsay | 03/2016 | Summary of Calls and Texts between Rudy Simpson and Cheryl Staple |
| 76. | | | | Hearsay | 03/2016 | Summary of Calls and Texts between Rudy Simpson and Desmond Staple |
| 77. | | | | Hearsay | 03/2016 | Summary of Calls and Texts between Cheryl Staple and Rudy Simpson |
| 78. | | | | Hearsay | 03/2016 | Summary of Calls and Texts between Joy Faulkner Staple and Desmond Staple |
| 79. | | | | Hearsay | 03/2016 | Summary of Calls and Texts between Joy Faulkner Staple and Cheryl Staple |
| 80. | | | | Hearsay | 03/2016 | Summary of Calls and Texts between Joy Faulkner Staple and Desmond Staple |
| 81. | | | | Hearsay | 03/2016 | Summary of Calls and Texts between Charmaine (Lezonie) Burney and Desmond Staple |
| 82. | | | | Hearsay | 03/2016 | Summary of Calls and Texts between Charmaine "Lezonie" Staple Burney and Desmond Staple |
| 83. | | | | Hearsay | 03/2016 | Summary of Calls and Texts between Charmaine "Lezonie" Burney and Cheryl Staple |
| 84. | | | | Hearsay | 03/2016 | Summary of Calls and Texts between Eunice Wilson and Desmond Staple |
| 85. | | | | Hearsay | 03/2016 | Summary of Calls and Texts between Wilbert Desir and Desmond Staple |
| 86. | | | | Hearsay | 03/2016 | Summary of Calls and Texts between Bevan Staple and Desmond Staple |
| 87. | | | | Hearsay | 03/2016 | Summary of Calls and Texts between Bevan Staple and Cheryl Staple |
| 88. | | | | Hearsay | 03/2016 | Summary of Calls and Texts between Bevan Staple and Desmond Staple |
| 89. | | | | Hearsay | 03/2016 | Summary of Calls and Texts between Hopeton Staple and Desmond Staple |
| 90. | | | | Hearsay | 03/2016 | Summary of Calls and Texts between Hopeton Staple and Cheryl Staple |
| 91. | | | | Hearsay | 03/2016 | Summary of text messages between Christopher Stafford and Desmond Staple |
| 92. | | | | Hearsay | 03/2016 | Summary of Calls and Texts between Desmond Stale and Lorena Valbuena |
| 93. | | | | A | 03/2016 | Toxicology Summary Worksheet and attached documents |
| 94. | | | | Hearsay | 03/2016 | Contact Log – Death Investigator |
| 95. | | | | A | 03/04/2016 | Order of Notification re: Victoria Properties of Tampa, Inc. v. Closa, LLC , County Court for Hillsborough County, Florida, Case No. 16-006764 |
| 96. | | | | A | 03/09/2016 | Emails between Cheryl Staple, Elaine Olson and Jaime Boston re: information found online about Desmond Staple |
| 97. | | | | A | 03/11/2016 | Emails between Cheryl Staple and Rayani Karim, Accountant re: Taxes |

| NO. | DATE IDENTIFIED | DATE ADMITTED | WITNESS | OBJECTIONS/ STIPULATED ADMISSIONS [1] | DATE | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|---|
| 98. | | | | Hearsay | 03/14/2016 03/15/2016 | Hillsborough County Fire Rescue Paramedic Report and records regarding Desmond H. Staple |
| 99. | | | | A | 03/14/2016 | Lee Baker, M.D./St. Joseph's Hospital North History and Physical regarding Desmond Staple |
| 100. | | | | Hearsay | 03/14/2016 | Hillsborough County Sheriff's Report re: Desmond Staple missing after argument about financial issues |
| 101. | | | | Prejudice Outweighs Probative | 03/16/2016 | St. Joseph's Hospital – North Discharge Summary – Death Summary re: Desmond H. Staple |
| 102. | | | | Hearsay | 03/16/2016 | Hillsborough County Medical Examiner Initial Case Summary Report |
| 103. | | | | A | 03/18/2016 | Emails between Cheryl Staple and Aubrey Rosser re: hiring Attorney and finding items in car |
| 104. | | | | Relevance | 03/20/2016 | Subpoena to Produce Documents in a Civil Action (Duces Tecum) directed to Joy Staple-Faulkner in this matter |
| 105. | | | | Relevance | 03/20/2016 | Subpoena to Testify at a Deposition (Duces Tecum) directed to Eunice Wilson in this matter |
| 106. | | | | Lack of Foundation - authentication | 03/21/2016 | Metadata of pictures of car |
| 107. | | | | A | 03/29/2016 | Writ of Possession re: Victoria Properties of Tampa, Inc. v. Closa, LLC , County Court for Hillsborough County, Florida, Case No. 16-006764 |
| 108. | | | | Hearsay | 04/06/2016 | Diligence International Group typed statement for Cheryl Staple (Unsigned) |
| 109. | | | | Hearsay, Improper Opinion | 04/12/2016 | Selly Strauch Rivers, M.D. (Medical Examiner) Summary and Opinion and Report of Diagnosis and Autopsy re: Desmond H. Staple |
| 110. | | | | Hearsay, Improper Opinion | 04/12/2016 | Summary and Opinion – Medical Examiner – Selly Strauch Rivers, M.D. |
| 111. | | | | Hearsay | 04/12/2016 | Medical Examiner - Pink Sheet |
| 112. | | | | Prejudice outweighs Probative | 04/13/2016 | Certification of Death |
| 113. | | | | Hearsay | 04/16/2016 | Diligence International Group typed statement with edits and handwritten notes |
| 114. | | | | A | 04/29/2016 | Berkeley Preparatory School Statement to Desmond and Cheryl Staple |
| 115. | | | | Relevance | 05/23/2016 | Correspondence from Kari Nelson to Corless Barfield Trial Group enclosing check for premiums paid re: Desmond Staple |
| 116. | | | | Relevance | 05/23/2016 | Correspondence from Keri Nelson at Northwestern Mutual to Corless Barfield Trial Group re: Desmond Staple |
| 117. | | | | Hearsay | 05/2016 – 06/2016 | Text Messages between Cheryl Staple and Aubrey Rosser |

| NO. | DATE IDENTIFIED | DATE ADMITTED | WITNESS | OBJECTIONS/ STIPULATED ADMISSIONS [1] | DATE | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|---|
| 118. | | | | Relevance | 07/2016 | E-mails between Cheryl Staple and Karim Rayani, Accountant |
| 119. | | | | Lack of Foundation, Hearsay | 07/12/2016 | Alliance Legal Solutions, LLC Statement of Claim and all amendments, supplements, exhibits and attachments thereto In Re: Estate of Desmond H. Staple, Circuit Court for Hillsborough County, Florida - Probate Division, File No. 16-CP-002101 |
| 120. | | | | Relevance | 07/20/2016 | Emails between Cheryl Staple and Rayani Karim, Accountant re: Form 8857 |
| 121. | | | | Lack of Foundation, Hearsay | 07/26/2016 | Farida Gonsalves Statement of Claim and all amendments, supplements, exhibits and attachments thereto filed In Re: Estate of Desmond H. Staple, Circuit Court for Hillsborough County, Florida - Probate Division, File No. 16-CP-002101 |
| 122. | | | | Relevance | 07/26/2016 | E-mails between Cheryl Staple and Karim Rayani |
| 123. | | | | Lack of Foundation, Hearsay | 09/12/2016 | SunTrust Statement of Claim and all amendments, supplements, exhibits and attachments thereto In Re: Estate of Desmond H. Staple, Circuit Court for Hillsborough County, Florida - Probate Division, File No. 16-CP-002101 |
| 124. | | | | Relevance | 09/2016 – 10/2016 | Emails between Cheryl Staple and Aubrey Rosser re: question |
| 125. | | | | Improperly Identified and Marked Exhibit | 10-17-2016 Composite | CD of Documents sent to Vernard I. Adams, M.D. from Corless Barfield Trial Group |
| 126. | | | | Lack of Foundation, Hearsay | 11/02/2016 | Alfred Smothers Statement of Claim and all amendments, supplements, exhibits and attachments thereto In Re: Estate of Desmond H. Staple, Circuit Court for Hillsborough County, Florida - Probate Division, File No. 16-CP-002101 |
| 127. | | | | Lack of Foundation, Hearsay | 11/02/2016 | Alfred Smothers Second Statement of Claim and all amendments, supplements, exhibits and attachments thereto In Re: Estate of Desmond H. Staple, Circuit Court for Hillsborough County, Florida - Probate Division, File No. 16-CP-002101 |
| 128. | | | | Lack of Foundation, Hearsay | 11/22/2016 | DRB Legal Funding LLC Statement of Claim and all amendments, supplements, exhibits and attachments thereto In Re: Estate of Desmond H. Staple, Circuit Court for Hillsborough County, Florida - Probate Division, File No. 16-CP-002101 |
| 129. | | | | Report of Expert is Hearsay | 11/30/2016 | Vernard I. Adams, M.D. Report regarding Desmond H. Staple |
| 130. | | | | A | 12/12/2016 | Ted Corless, Esquire letter to Danielle Green, Esquire (Medical Examiner) re: Desmond H. Staple |

| NO. | DATE IDENTIFIED | DATE ADMITTED | WITNESS | OBJECTIONS/ STIPULATED ADMISSIONS [1] | DATE | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|---|
| 131. | | | | A | 12/12/2016 | Letter from Corless Barfield Trial Group to Danielle Green, Esquire |
| 132. | | | | Hearsay | 12/28/2016 | Record of Conversation with Ted Corless, Esquire and Medical Examiner |
| 133. | | | | Lack of Foundation, Relevance | 12/31/2016 | Promissory Note between Wilbert Desir and Desmond H. Staple |
| 134. | | | | A | 01/13/2017 | E-mail – Danielle Green to Ted Corless |
| 135. | | | | Lack of Foundation, Relevance | 02/01/2017 | Evins Trajean Statement of Claim and all amendments, supplements, exhibits and attachments thereto In Re: Estate of Desmond H. Staple, Circuit Court for Hillsborough County, Florida - Probate Division, File No. 16-CP-002101 |
| 136. | | | | Lack of Foundation, Relevance | 05/24/2017 | Lawunda Blake Statement of Claim and all amendments, supplements, exhibits and attachments thereto In Re: Estate of Desmond H. Staple, Circuit Court for Hillsborough County, Florida - Probate Division, File No. 16-CP-002101 |
| 137. | | | | Lack of Foundation, Relevance | 05/24/2017 | Lawunda Blake Notice of Filing - Statement of Claim and all amendments, supplements, exhibits and attachments thereto In Re: Estate of Desmond H. Staple, Circuit Court for Hillsborough County, Florida - Probate Division, File No. 16-CP-002101 |
| 138. | | | | Relevance | 10/04/2017 – 10/05/2017 | E-mails between Elaine Olson and Cheryl Staple |
| 139. | | | | Lack of Foundation, Relevance | 12/01/2017 | E-mail – Underwriting Documentation Report regarding Desmond Staple |
| 140. | | | | Hearsay | 03/14/2016 – 12/24/2017 | Call-Text Log with Desmond Staple's Phone 3/14/2016 – 12/24/2017 |
| 141. | | | | Improper Character evidence | 01/20/2018 | Correspondence from Desmond H. Staple responding to letter from The Florida Bar re: Complaint of Julia Mathieson Pinnell |
| 142. | | | | A | 03/23/2018 | Cheryl Staple's Responses and Objections to Northwestern's First Request for Production |
| 143. | | | | A | 03/23/2018 | Northwestern Mutual First Request for Production to Cheryl Staple |
| 144. | | | | Hearsay | May 2018 Composite | CD of Documents sent to Vernard I. Adams, M.D. from Corless Barfield Trial Group |
| 145. | | | | A | 05/02/2018 | Corless Barfield Trial Group letter to Dr. Vernard I. Adams enclosing CD of records and request for conference re: Desmond H. Staple |
| 146. | | | | A | 05/23/2018 | Cheryl Staple's Verified Answers and Objections to Northwestern's First Set of Interrogatories |
| 147. | | | | Hearsay - Expert Report inadmissible | 08/30/2018 | Kennon Heard, M.D., Ph.D. Expert Report and all supplements, amendments and parts thereof pertaining to Desmond H. Staple |
| 148. | | | | Hearsay - Expert Report inadmissible | 09/06/2018 | Vernard I. Adams, M.D. Report regarding Desmond H. Staple |

| NO. | DATE IDENTIFIED | DATE ADMITTED | WITNESS | OBJECTIONS/ STIPULATED ADMISSIONS [1] | DATE | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|---|
| 149. | | | | A | 09/07/2018 | Cheryl Staple's Supplemental Rule 26 Initial Disclosures filed in this matter |
| 150. | | | | A | 09/14/2018 | Cheryl Staple's Amended Responses and Objections to Northwestern's First Request for Production |
| 151. | | | | A | 09/18/2018 | Cheryl Staple's Notice of Serving Verified Amended Answers and Objections to Northwestern's First Set of Interrogatories |
| 152. | | | | A | 10/12/2018 | Victoria Properties of Tampa, Inc. Declaration of Custodian of Records and related records |
| 153. | | | | Relevance, Improper Impeachment | 11/15/2018 | Letter from Corless Barfield Trial Group to John Meagher at Shutts & Bowen enclosing Psychiatric Medical Records for Cheryl Staple |
| 154. | | | | Relevance | 02/2019 | E-mails between Cheryl Staple and Aubrey Rosser |
| 155. | | | | A | 03/13/2019 | Stipulated Procedures and Search Terms for Electronically Stored Information (ESI) on Laptop and Mobile Phone filed in this matter |
| 156. | | | | A | 03/20/2019 | Subpoena to Produce Documents, Information or Objects in a Civil Action directed to Rodolfo V. Simpson |
| 157. | | | | A | 03/20/2019 | Subpoena to Produce Documents directed to Charmaine "Lezonie" Staple-Burney in this matter |
| 158. | | | | A | 04/03/2019 | Return of Service for Subpoena to Produce Documents dated March 20, 2019 served on Rodolfo V. Simpson |
| 159. | | | | A | 04/22/2019 | Cheryl Staples Amended Reponses to Northwestern's Second Request for Production |
| 160. | | | | Lack of Personal Knowledge; Lack of Foundation - authentication | 05/02/2019 | E-Hounds Report of Desmond Staple Laptop re: 03/23/2018 Access Date |
| 161. | | | | Lack of Personal Knowledge, Lack of Foundation - authentication | 05/02/2019 | E-Hounds Report of Desmond Staple Laptop re: 08/22/2018 – 08/23/2018 Access Date |
| 162. | | | | Lack of Personal Knowledge, Lack of Foundation - authentication | 05/02/2019 | 2019-05-02 Bing Toolbar Search History.xlsx |
| 163. | | | | A | 05/23/2019 | E-mail from Robert Stines to mlamoureux and others |
| 164. | | | | A | 06/03/2019 | Declaration of Authenticity and Accuracy of Records of Charmaine "Lezonie" Staple-Burney |
| 165. | | | | A | 06/06/2019 | Declaration of Authenticity and Accuracy of Records of Joy Staple Faulkner in this matter. |
| 166. | | | | A | 06/07/2019 | Subpoena to Produce Documents in a Civil Action (Duces Tecum) directed to Eric Unruh in this matter |

| | | | | | | |
|---|---|---|---|---|---|---|
| 167. | | | | A | 06/07/2019 | Subpoena to Produce Documents, Information or Objects in a Civil Action (Duces Tecum) directed to Sharon Unruh. in this matter and attached Declaration |
| 168. | | | | Relevance | 06/08/2019 | E-mail from Robert Stines to mlamoureux and others |

| NO. | DATE IDENTIFIED | DATE ADMITTED | WITNESS | OBJECTIONS/ STIPULATED ADMISSIONS [1] | DATE | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|---|
| 169. | | | | A | 06/10/2019 | Subpoena to Produce Documents, Information or Objects in a Civil Action (Duces Tecum) directed to Lorena Valbuena. in this matter |
| 170. | | | | A | 07/03/2019 | Re-Notice of Taking Deposition Duces Tecum directed to Lorena Valbuena in this matter |
| 171. | | | | A | 07/31/2019 | Declaration of Authenticity and Accuracy of Records of Sharon Unruh |
| 172. | | | | A | 08/08/2019 | Subpoena to Produce Documents, Information or Objects in a Civil Action (Duces Tecum) directed to Vernard I. Adams, M.D. in this matter |
| 173. | | | | Relevance | 08/19/2019 | E-mail from Robert Stines to Jake Monk |
| 174. | | | | A | 08/22/2019 | Return of Service for Subpoena served on Deanne West and attached Subpoena to Produce Documents in this matter |
| 175. | | | | A | 08/22/2019 | Amended Notice of Taking Deposition Duces Tecum directed to Wilbert Desir in this matter |
| 176. | | | | A | 08/26/2019 | E-mail from Vernard I. Adams, M.D. to Jake Monk transmitting additional documents responsive to Subpoena |
| 177. | | | | Relevance | 08/26/2019 | E-mail from Robert Stines to mlamoureux and others |
| 178. | | | | A | 09/04/2019 | Cheryl Staple Errata Sheet for 11/16/2018 Deposition |
| 179. | | | | A | 09/13/2019 | E-mail from Corless Barfield Trial Group to Jake Monk regarding items provided to Dr. Fernandez |
| 180. | | | | A | 09/17/2019 | Cheryl Staple's Fourth Supplemental Rule 26 Initial Disclosures in this matter |
| 181. | | | | A | 10/2019 | Return of Service for Subpoena to Eunice Wilson in this matter |
| 182. | | | | A | 10/17/2019 | Affidavit of Service for Subpoena served on Hopeton Staple in this matter |
| 183. | | | | A | 10/21/2019 | Affidavit of Service for service of Subpoena on Bevan Staple in this matter |
| 184. | | | | Relevance | 01/03/2020 (Composite) | Timothy J. Labecki Declaration and all exhibits and parts thereof |
| 185. | | | | Hearsay | 01/05/2020 | Kennon Heard, M.D., Ph.D. Declaration in this case matter |
| 186. | | | | Improperly identified and marked exhibit | Composite Records | Records from Social Security Administration |
| 187. | | | | Improperly identified and marked exhibit, Relevance, Prejudice Outweighs Probativeness, Improper Character Evidence | Composite Records | Records from The Florida Bar |

| | | | | | | |
|---|---|---|---|---|---|---|
| 188. | | | | Improperly Identified and Marked Exhibit, Relevance, Prejudice Outweighs Probativeness, Improper Character Evidence | Composite Case | Documents, pleadings, transcripts, videotapes, exhibits, records, correspondence, materials and/or other document pertaining to the case of The Florida Bar v. The Petition for Disciplinary Revocation of Desmond H. Staple, Supreme Court of Florida, The Florida Bar File No. 2015-10,900 (13F) HDR, involving Desmond Staple, |

| NO. | DATE IDENTIFIED | DATE ADMITTED | WITNESS | OBJECTIONS/ STIPULATED ADMISSIONS [1] | DATE | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|---|
| 189. | | | | Improperly Identified and Marked Exhibit, Relevance, Prejudice Outweighs Probativeness, Improper Character Evidence | Composite Case | Documents, pleadings, transcripts, videotapes, exhibits, records, correspondence, materials and/or other document pertaining to the Supreme Court of Florida Case NO. SC15-857, In Re: Petition for Disciplinary Revocation of Desmond H. Staple, |
| 190. | | | | Lack of Foundation, Relevance | Undated | California Department of Insurance Company Profile page for RiverSource Life Insurance Company (IDS Life Insurance Company) |
| 191. | | | | Improperly Identified and Marked Exhibit, Relevance, Prejudice Outweighs Probativeness, Improper Character Evidence | Composite Case | Documents, pleadings, transcripts, videotapes, exhibits, records, correspondence, materials and/or other document pertaining to In Re: Estate of Desmond H. Staple, Circuit Court for Hillsborough County, Florida - Probate Division, File No. 16-CP-002101, |
| 192. | | | | Improperly Identified and Marked Exhibit, Hearsay | Composite Records | Records from Lawunda Blake |
| 193. | | | | Improperly Identified and Marked Exhibit, Hearsay | Composite Records | Records from Evins Trajean |
| 194. | | | | Improperly Identified and Marked Exhibit, Lack of Foundation, Hearsay | Composite Records | Records from David Franklin Vining |
| 195. | | | | Improperly Identified and Marked Exhibit, Lack of Foundation, Hearsay | Undated | David Franklin Vining Statement of Claim and all amendments, supplements, exhibits and attachments thereto In Re: Estate of Desmond H. Staple, Circuit Court for Hillsborough County, Florida - Probate Division, File No. 16-CP-002101 or 16-CP 001841 |
| 196. | | | | Lack of Foundation, Hearsay | Undated | Document starting Dear Dr. Nucci Staple File 0004101 |
| 197. | | | | Lack of Foundation, Hearsay | Undated | Document starting "Dear Andy" Staple Mail 00002673 |
| 198. | | | | Improperly Identified and Marked Exhibit, Lack of Foundation, Hearsay | Composite Records | Records of Victoria Properties of Tampa, Inc. |

| | | | | | | |
|---|---|---|---|---|---|---|
| 199. | | | | Lack of Foundation, Hearsay | | Affidavit in Proof of Claim and Non-Military Service (Tenant Eviction and/or Past Due Rents and Court Costs) re: Victoria Properties of Tampa, Inc. v. Closa, LLC , County Court for Hillsborough County, Florida, Case No. 16-006764 |
| 200. | | | | Improperly Identified and Marked Exhibit, Lack of Foundation, Hearsay | Composite Case | Documents, pleadings, transcripts, videotapes, exhibits, records, correspondence, materials and/or other document pertaining to Victoria Properties of Tampa, Inc. v. Closa, LLC , County Court for Hillsborough County, Florida, Case No. 16-006764, |
| 201. | | | | A | Composite | Records from Florida Hospital Carrollwood re: Desmond H. Staple |
| 202. | | | | Hearsay, Improperly Identified and Marked Exhibit, Improper Opinion | Composite | Records from Hillsborough County Fire Rescue re: Desmond H. Staple |
| 203. | | | | Hearsay, Improperly Identified and Marked Exhibit, Improper Opinion | Composite | Records from Hillsborough County Sheriff's Office re: Desmond H. Staple |

| NO. | DATE IDENTIFIED | DATE ADMITTED | WITNESS | OBJECTIONS/ STIPULATED ADMISSIONS [1] | DATE | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|---|
| 204. | | | | | Excerpts | St. Joseph's Hospital Records re: Desmond H. Staple |
| 205. | | | | Improper Opinion | Composite Records | Records Hillsborough County Medical Examiner re: Desmond H. Staple |
| 206. | | | | A | Photograph | Photograph of prescriptions for Desmond H. Staple |
| 207. | | | | Relevance, Prejudice Outweighs Probativeness | Photograph | Photograph of Bible |
| 208. | | | | Lack of Foundation for Photographs - authentication | Photograph | Photograph of children's toys/objects in car |
| 209. | | | | Lack of Foundation for Photographs - authentication | Photograph | Photograph of bag containing clothes re: Desmond H. Staple |
| 210. | | | | Lack of Foundation for Photographs - authentication | Photograph | Photograph of various objects including plastic bottles, plastic bag and paper document |
| 211. | | | | Lack of Foundation for Photographs - authentication | Composite Photographs | Photographs taken of vehicle and contents regarding Desmond H. Staple |
| 212. | | | | Relevance, Prejudice Outweighs Probative | Composite | Correspondence/Communication between Corless Barfield Trial Group to Dr. Vernard I. Adams |
| 213. | | | | Relevance, Prejudice Outweighs Probative | Composite | Vernard I. Adams, M.D. Abstract regarding Staple matter |
| 214. | | | | Relevance | 2016 | Memo from Corless Barfield Trial Group Vernard I. Adams, M.D. regarding case summary (Corless Cover Letter) |
| 215. | | | | A | Video | Video of Shutts & Bowen attorneys reviewing the contents of box found in Mercedes vehicle pertaining to Desmond H. Staple |
| 216. | | | | A | Video | Video of Desmond H. Staple at Walmart Store, interior and parking lot |
| 217. | | | | A | Photograph | Photograph of bags with prescription scripts and bottles |
| 218. | | | | A | Photograph | Photograph of Walgreens Ibuprofen medicament container |
| 219. | | | | A | Photograph | Photograph still from Walmart video of Desmond Staple purchasing a pair of shoes |
| 220. | | | | A | Photograph | Photograph still from Walmart video of Desmond Staple purchasing a pair of pants |
| 221. | | | | A | Photograph | Photograph still from Walmart video of Desmond Staple purchasing a shirt |
| 222. | | | | Relevance, Prejudice Outweighs Probativeness | Photograph | Photograph of Bible in car |

| | | | | | | |
|---|---|---|---|---|---|---|
| 223. | | | | Lack of Authentication | Composite Photographs | 49 Photographs taken of vehicle and contents regarding Desmond H. Staple |
| 224. | | | | Hearsay | 2016 | Vernard I. Adams, M.D. notes/opinion regarding Desmond H. Staple |
| 225. | | | | Lack of Authentication | Photograph | Photograph Image 0313.jpg of various objects including plastic bottles, plastic bag and paper document |
| 226. | | | | Relevance, Prejudice Outweighs Probativeness | Photograph | Photograph of Bible in car |

| NO. | DATE IDENTIFIED | DATE ADMITTED | WITNESS | OBJECTIONS/ STIPULATED ADMISSIONS[1] | DATE | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|---|
| 227. | | | | Hearsay | Composite | Vernard I. Adams, M.D. updated file produced in response to Northwestern Mutual second subpoena |
| 228. | | | | Relevance | 2016 | IRS Form 8857 – Request for Innocent Spouse Relief Form for 2011 Tax Year |
| 229. | | | | Lack of Authentication | Composite Photographs | Photographs taken of vehicle and contents regarding Desmond H. Staple |
| 230. | | | | A | Composite Records | Psychiatric Medical Records for Cheryl Staple |
| 231. | | | | Relevance | Composite Records | Jaime Boston subpoena production Records |
| 232. | | | | | Composite Photographs | 7 Photographs depicting unknown woman |
| 233. | | | | Lack of Foundation - authentication | eHounds 04/2019 – 05/2019 | List of reports prepared by eHounds |
| 234. | | | | Lack of Foundation- authentication | eHounds | Excerpt from Section II Paragraph 3, Samsung Galaxy S6 (Applications.) |
| 235. | | | | Lack of Foundation - authentication | eHounds | Excerpt from "Complete File Listing" Showing Computer was on after Desmond Staples's Death |
| 236. | | | | Lack of Foundation - authentication | eHounds | Keyword Analysis |
| 237. | | | | Lack of Foundation - authentication | eHounds | Excerpt of Google Searches |
| 238. | | | | Lack of Foundation - authentication | eHounds | Screenshots from Installed Programs |
| 239. | | | | Lack of Foundation - authentication | eHounds | Screenshots from Internet Explorer 10-11 Main History |
| 240. | | | | Lack of Foundation - authentication | eHounds | Screenshot from Internet Explorer Main History |
| 241. | | | | Lack of Foundation - authentication | eHounds | Internet Explorer Typed URLs |
| 242. | | | | Lack of Foundation - authentication | eHounds | Excerpt from LNK report |
| 243. | | | | Lack of Foundation - authentication | eHounds | Network Interfaces (Registry) |
| 244. | | | | Lack of Foundation - authentication | eHounds | Excerpt of Parsed Search Queries |
| 245. | | | | Lack of Foundation - authentication | eHounds | Excerpt of Shellbags (sorted by last explored date) |
| 246. | | | | Improperly Identified and Marked Exhibit, Lack of Foundation - | eHounds | All text messages – Redacted |

| | | | | | |
|---|---|---|---|---|---|
| | | | authentication, Prejudice Outweighs Probativeness | | |
| 247. | | | | Lack of Foundation - authentication | eHounds | List of Phone Numbers with Corresponding Total Number of Text Messages on Desmond Staple's Phone |
| 248. | | | | Relevance | Simpson License | Rodolfo Simpson Florida State Driver's License |
| 249. | | | | Improperly Identified and Marked Exhibit, Relevance | Composite Records | Subpoena production from Lawunda Blake |

| NO. | DATE IDENTIFIED | DATE ADMITTED | WITNESS | OBJECTIONS/ STIPULATED ADMISSIONS¹ | DATE | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|---|
| 250. | | | | Lack of Authentication, Improperly Identified and Marked Exhibit | Composite Photographs | Photographs taken of vehicle and contents regarding Desmond H. Staple |
| 251. | | | | Lack of Authentication, Improperly Identified and Marked Exhibit | Composite Photographs | Photographs taken of vehicle and contents regarding Desmond H. Staple |
| 252. | | | | Hearsay | NM Production | Company Comparison (Northwestern's Response to Plaintiff's First Request for Production, 4309-4313) |
| 253. | | | | Hearsay | Composite Records | Copy of production of documents pursuant to a nonparty subpoena (AR 1 – 514) |
| 254. | | | | Hearsay | Composite Records | Records from Hillsborough County Medical Examiner (Bates Labeled) |
| 255. | | | | Hearsay | Composite Records | Records from Hillsborough County Medical Examiner (No Bates) |
| 256. | | | | Improper Opinion, Undesignated Expert Report, Expert Report as Hearsay | Composite Records | Opinion – Selly Strauch Rivers, M.D. |
| 257. | | | | A | Rivers | Copy of Disposition of Toxic Drugs and Chemicals in Man |
| 258. | | | | | | DELETED EXHIBIT |
| 259. | | | | | | DELETED EXHIBIT |
| 260. | | | | | | DELETED EXHIBIT |
| 261. | | | | A | Composite Lenchus | E-mails between Corless Barfield Trial Group and Dr. Lenchus (Lenchus 1 – 91) |
| 262. | | | | Undesignated Expert, Hearsay | Composite Records | Julia Pearson (Chief Forensic Toxicologist) Composite Records/File |
| 263. | | | | Hearsay, Improper Opinion | Composite Excerpts | Composite Excerpt Records from Hillsborough County Fire Rescue and St. Joseph's Hospital North Hospital |
| 264. | | | | Lack of Authentication | Composite Photographs | 49 photographs of red Mercedes and its contents (Enlarged) |
| 265. | | | | A, subject to Hearsay as to particular statements | Composite Excerpts Records | Composite Excerpts of records from St. Joseph's Hospital-North |
| 266. | | | | Lack of Foundation - Authentication | Excerpt Photographs | 5 Excerpt Photographs of photographs or red Mercedes and its contents |
| 267. | | | | Improperly Identified and Marked Exhibit, Relevance | Composite Records | Subpoena production from Deanne West in this matter |

| | | | | | |
|---|---|---|---|---|---|
| 268. | | | | Relevance | Diagram | Lorena Valbuena diagram of Deanne West's Office |
| 269. | | | | A | Composite Photographs | 18 Photographs of car contents that was produced to Shutts & Bowen by Corless Barfield Trial Group |
| 270. | | | | A | Photograph | Photograph of bag containing prescriptions and bottle |
| 271. | | | | Lack of Foundation - Authentication | Photograph Experts | 5 Photographs Excerpts of contents in Mercedes Vehicle |
| 272. | | | | | | DELETED EXHIBIT |

| NO. | DATE IDENTIFIED | DATE ADMITTED | WITNESS | OBJECTIONS/ STIPULATED ADMISSIONS [1] | DATE | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|---|
| 273. | | | | Hearsay | Spreadsheet | Spreadsheet regarding Desmond Staple texts and internet searches |
| 274. | | | | Relevance | Composite Binder 1 | Deposition Exhibit for Tim Labecki (09/26/2018); Debbie Luther (09/28/2018; and Kari Nelson (09/27/2018) Deposition |
| 275. | | | | Relevance | Composite Binder 2 | Deposition Exhibit for Tim Labecki (09/26/2018); Debbie Luther (09/28/2018; and Kari Nelson (09/27/2018) Deposition |
| 276. | | | | Relevance | Composite Binder 3 | Deposition Exhibit for Tim Labecki (09/26/2018); Debbie Luther (09/28/2018; and Kari Nelson (09/27/2018) Deposition |
| 277. | | | | Improperly Identified and Marked Exhibit, Hearsay | Composite Records | Records/Subpoena Production from Closa, LLC |
| 278. | | | | Improperly Identified and Marked Exhibit, Hearsay | Composite Records | Records/Subpoena Production from David C. Dismuke, Esquire |
| 279. | | | | Improperly Identified and Marked Exhibit, Hearsay | Composite Records | Records/Subpoena Production from The Florida Bar |
| 280. | | | | Improperly Identified and Marked Exhibit, Hearsay | Composite Records | Records/Subpoena Production from Florida Department of State – General Counsel's Office |
| 281. | | | | Improperly Identified and Marked Exhibit, Hearsay | Composite Records | Records/Subpoena Production from Victoria Properties LLC |
| 282. | | | | Improperly Identified and Marked Exhibit, Hearsay | Composite Records | Records/Subpoena Production from Victoria Properties of Tampa, Inc. |
| 283. | | | | Improperly Identified and Marked Exhibit, Hearsay | Composite Records | Records/Subpoena Production from Ameriprise Financial Services, Inc. |
| 284. | | | | Improperly Identified and Marked Exhibit, Hearsay | Composite Records | Records/Subpoena Production from Bank of America Corporation |
| 285. | | | | Improperly Identified and Marked Exhibit, Hearsay | Composite Records | Records/Subpoena Production from Bank of Tampa |
| 286. | | | | Improperly Identified and Marked | Composite Records | Records/Subpoena Production from SunTrust Bank |

| | | | | | |
|---|---|---|---|---|---|
| | | | | Exhibit, Hearsay | |
| 287. | | | | Improperly Identified and Marked Exhibit, Hearsay | Composite Records | Records/Subpoena Production from Khan, Arndt & Associates, PA |
| 288. | | | | Improperly Identified and Marked Exhibit, Hearsay | Composite Records | Records/Subpoena Production from LegalZoom.com, Inc. |
| 289. | | | | Improperly Identified and Marked Exhibit, Hearsay | Composite Records | Records/Subpoena Production from Lawunda Blake |
| 290. | | | | Improperly Identified and Marked Exhibit, Hearsay | Composite Records | Records/Subpoena Production from Patrick Blake |
| 291. | | | | Improperly Identified and Marked Exhibit, Hearsay | Composite Records | Records/Subpoena Production from DRB Legal Funding, LLC |
| 292. | | | | Improperly Identified and Marked Exhibit, Hearsay | Composite Records | Records/Subpoena Production from Evans Trajean |
| 293. | | | | Improperly Identified and Marked Exhibit, Hearsay | Composite Records | Records/Subpoena Production from David Franklin Vining |
| 294. | | | | Improperly Identified and Marked Exhibit, Hearsay, Relevance | Composite Records | Records/Subpoena Production from Blue Cross and Blue Shield of Florida |
| 295. | | | | Improperly Identified and Marked Exhibit, Hearsay, Relevance | Composite Records | Records/Subpoena Production from Continental Casualty Company |

| NO. | DATE IDENTIFIED | DATE ADMITTED | WITNESS | OBJECTIONS/ STIPULATED ADMISSIONS [1] | DATE | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|---|
| 296. | | | | Improperly Identified and Marked Exhibit, Hearsay, Relevance | Composite Records | Records/Subpoena Production from RiverSource Life Insurance Company |
| 297. | | | | Improperly Identified and Marked Exhibit, Hearsay, Relevance | Composite Records | Records/Subpoena Production from Jose Dominguez, Jr. |
| 298. | | | | Improperly Identified and Marked Exhibit, Hearsay, Relevance | Composite Records | Records/Subpoena Production from Fast Track Urgent Care Center |
| 299. | | | | Improperly Identified and Marked Exhibit, Hearsay, Relevance | Composite Records | Records/Subpoena Production from Donald F. Figliola, M.D. |
| 300. | | | | A | Composite Records | Records/Subpoena Production from Florida Hospital Carrollwood |
| 301. | | | | Improperly Identified and Marked Exhibit, Hearsay, Relevance, Prejudice Outweighs Probativeness | Composite Records | Records/Subpoena Production from Florida Hospital Transplant Institute |
| 302. | | | | Improperly Identified and Marked Exhibit, Hearsay, Relevance | Composite Records | Records/Subpoena Production from Sunil Gupta, M.D. |
| 303. | | | | Improperly Identified and Marked Exhibit, Hearsay | Composite Records | Records/Subpoena Production from Hillsborough County Fire Rescue |
| 304. | | | | Improperly Identified and Marked Exhibit, Hearsay, Improper Opinion | Composite Records | Records/Subpoena Production from Investigator Sherry Filippone c/o Hillsborough County Medical Examiner |
| 305. | | | | Improperly Identified and Marked Exhibit, Hearsay, Relevance | Composite Records | Records/Subpoena Production from Alejandra Kalik, M.D. |

| 306. | | | | Improperly Identified and Marked Exhibit, Hearsay, Relevance | Composite Records | Records/Subpoena Production from Edward B. Kampsen, M.D. |
|---|---|---|---|---|---|---|
| 307. | | | | Improperly Identified and Marked Exhibit, Hearsay, Relevance | Composite Records | Records/Subpoena Production from Jeremy F. Kirtz, M.D. |
| 308. | | | | Improperly Identified and Marked Exhibit, Hearsay, Relevance | Composite Records | Records/Subpoena Production from Memorial Hospital of Tampa |
| 309. | | | | Improperly Identified and Marked Exhibit, Hearsay, Relevance | Composite Records | Records/Subpoena Production from Lyle Terrance Olson, M.D. |
| 310. | | | | Improperly Identified and Marked Exhibit, Hearsay, Relevance | Composite Records | Records/Subpoena Production from Quest Diagnostics, Inc. |
| 311. | | | | Improperly Identified and Marked Exhibit | Composite Records | Records/Subpoena Production from St. Joseph's Hospital North |
| 312. | | | | Improperly Identified and Marked Exhibit, Hearsay, Relevance | Composite Records | Records/Subpoena Production from Florida Poison Information Center - Tampa |
| 313. | | | | Improperly Identified and Marked Exhibit, Hearsay, Relevance | Composite Records | Records/Subpoena Production from Tampa General Hospital |
| 314. | | | | Improperly Identified and Marked Exhibit, Hearsay, Improper Opinion, Prejudice Outweighs Probativeness | Composite Records | Records/Subpoena Production from TGH Transplant & Specialty Services |
| 315. | | | | Improperly Identified and Marked Exhibit, Hearsay | Composite Records | Records/Subpoena Production from TGMG Carrollwood |
| 316. | | | | Improperly Identified and Marked | Composite Records | Records/Subpoena Production from CVS Pharmacy, Inc. |

*CASE NO. 8:17-cv-3066-T-35TGW*

| | | | | Exhibit, Hearsay, Relevance | | |
|---|---|---|---|---|---|---|
| 317. | | | | Improperly Identified and Marked Exhibit, Hearsay, Relevance | Composite Records | Records/Subpoena Production from Walgreens Company |
| 318. | | | | Improperly Identified and Marked Exhibit, Hearsay | Composite Records | Records/Subpoena Production from Walmart Supercenter – Tampa #5036 |
| 319. | | | | Hearsay | Composite Records | Records/Subpoena Production from AT&T National Compliance Center |
| 320. | | | | Hearsay | Composite Records | Records/Subpoena Production from Atkins North America |

*CASE NO. 8:17-cv-3066-T-35TGW*

| NO. | DATE IDENTIFIED | DATE ADMITTED | WITNESS | OBJECTIONS/ STIPULATED ADMISSIONS [1] | DATE | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|---|
| 321. | | | | Improperly Identified and Marked Exhibit, Hearsay, Relevance | Composite Records | Records/Subpoena Production from Berkeley Preparatory School, Inc. |
| 322. | | | | Improperly Identified and Marked Exhibit, Hearsay | Composite Records | Records/Subpoena Production from Hillsborough County Sheriff |
| 323. | | | | Improperly Identified and Marked Exhibit, Hearsay | Composite Records | Records/Subpoena Production from Walmart, Inc. |
| 324. | | | | Relevance, Prejudice Outweighs Probativeness | Composite Records | Records/Subpoena Production from EZCorp, Inc. d/b/a Value Pawn & Jewelry |
| 325. | | | | Improperly Identified and Marked Exhibit, Hearsay | Composite Records | Records/Subpoena Production from Vernard I. Adams, M.D. |
| 326. | | | | | | DELETED EXHIBIT |
| 327. | | | | | | DELETED EXHIBIT |
| 328. | | | | | | DELETED EXHIBIT |
| 329. | | | | | | DELETED EXHIBIT |
| 330. | | | | Improperly Identified and Marked Exhibit | Composite Records | Records/Subpoena Production from Brian Boston |
| 331. | | | | Improperly Identified and Marked Exhibit | Composite Records | Records/Subpoena Production from Jaime Boston |
| 332. | | | | Improperly Identified and Marked Exhibit | Composite Records | Records/Subpoena Production from Charmaine "Lezonie" Staple Burney |
| 333. | | | | Improperly Identified and Marked Exhibit | Composite Records | Records/Subpoena Production from Errol Burney |
| 334. | | | | Improperly Identified and Marked Exhibit | Composite Records | Records/Subpoena Production from Joy Staple-Faulkner |
| 335. | | | | Improperly Identified and Marked Exhibit | Composite Records | Records/Subpoena Production from William Faulkner |
| 336. | | | | Improperly Identified and | Composite Records | Records/Subpoena Production from Elaine Olson Boston |

| | | | | | |
|---|---|---|---|---|---|
| | | | Marked Exhibit | | |
| 337. | | | Improperly Identified and Marked Exhibit | Composite Records | Records/Subpoena Production from Rodolfo V. Simpson |
| 338. | | | Improperly Identified and Marked Exhibit | Composite Records | Records/Subpoena Production from Bevan Staple |
| 339. | | | Improperly Identified and Marked Exhibit | Composite Records | Records/Subpoena Production from Denise Staple |
| 340. | | | Improperly Identified and Marked Exhibit | Composite Records | Records/Subpoena Production from Hopeton Staple |
| 341. | | | Improperly Identified and Marked Exhibit | Composite Records | Records/Subpoena Production from Richard Thompson |
| 342. | | | Improperly Identified and Marked Exhibit | Composite Records | Records/Subpoena Production from Winsone Staple Thompson |
| 343. | | | Improperly Identified and Marked Exhibit | Composite Records | Records/Subpoena Production from Deanne Y. West, Esquire/ The West Law Firm, P.A. |
| 344. | | | Improperly Identified and Marked Exhibit | Composite Records | Records/Subpoena Production from Aubrey J. Rosser, III |
| 345. | | | Improperly Identified and Marked Exhibit | Composite Records | Records/Subpoena Production from Danielle Green, Esquire/ Hillsborough County Attorney |

| NO. | DATE IDENTIFIED | DATE ADMITTED | WITNESS | OBJECTIONS/ STIPULATED ADMISSIONS [1] | DATE | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|---|
| 346. | | | | Improperly Identified and Marked Exhibit | Composite Records | Records/Subpoena Production from Mercedes Benz of Tampa |
| 347. | | | | A | Composite Records | Records/Subpoena Production from Walter Afield, M.D. and/or Neuropsychiatric Institute, LLC |
| 348. | | | | A | Composite Records | Records/Subpoena Production from Jennifer Barror-Levine, Psy.D. and/or Neuropsychiatric Institute, LLC |
| 349. | | | | A | Composite Records | Records/Subpoena Production from Sarah Klein-Reid, ARNP, PMHNP-BC and/or Neuropsychiatric Institute, LLC |
| 350. | | | | A | Composite Records | Records/Subpoena Production from Lisa Acker, LCSW and/or PPS Center for Counseling |
| 351. | | | | A | Composite Records | Records/Subpoena Production from Sarah Jessica Poblete, M.D. and/or Tampa General Medical Group (TGH Family Care Center Kennedy) |
| 352. | | | | Improperly Identified and Marked Exhibit | Composite | Tax returns, individual and/or corporate pertaining to Desmond H. Staple and/or Cheryl Staple and/or any other corporation, company, partnership, business entity or professional association that they currently own or previously owned or had any equity interest or relationship with |
| 353. | | | | Improperly Identified and Marked Exhibit | Composite | Non-Privileged portions of The Northwestern Mutual Life Insurance Company's Claim File and/or other files maintained by Defendant/Counter-Plaintiff in its ordinary course of business and parts thereof, pertaining to Desmond and/or Cheryl Staple |
| 354. | | | | Improperly Identified and Marked Exhibit | Composite | Non-Privileged portions of The Northwestern Mutual Life Insurance Company's Application/Underwriting File and parts thereof, pertaining to Desmond and/or Cheryl Staple |
| 355. | | | | Improperly Identified and Marked Exhibit | Composite | Documents produced by Plaintiff /Counter-Defendant and/or representatives of same and/or Defendant/Counter-Plaintiff |
| 356. | | | | Improperly Identified and Marked Exhibit | Composite | Interrogatories and Answers thereto in this matter |
| 357. | | | | Improperly Identified and Marked Exhibit | Composite | Request for Production and Responses thereto in this matter |
| 358. | | | | Improperly Identified and Marked Exhibit | Composite | Request for Admissions and/or Answers to Request for Admissions pertaining to Cheryl Staple |
| 359. | | | | Improperly Identified and Marked Exhibit, | Composite | Deposition transcripts and exhibits to those deposition transcripts and/or deposition video footage taken in this matter |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | Hearsay | | |
| 360. | | | | Improperly Identified and Marked Exhibit | Composite | Exhibits listed by Plaintiff/Counter-Defendant, except that by inclusion herein, Defendant/Counter-Plaintiff, does not  waive its objections to any of Plaintiff/Counter-Defendant's listed exhibits |

| NO. | DATE IDENTIFIED | DATE ADMITTED | WITNESS | OBJECTIONS/ STIPULATED ADMISSIONS [1] | DATE | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|---|
| 361. | | | | Improperly Identified and Marked Exhibit | Composite | Exhibits necessary for impeachment or rebuttal purposes |
| 362. | | | | Hearsay, Improperly Identified and Marked Exhibit | Composite | Expert reports exchanged in this case, including all exhibits thereto |
| 363. | | | | Improperly Identified and Marked Exhibit | Composite | Demonstrative exhibits produced by any party. |
| 364. | | | | A | Chart | Serum Acetaminophen Concentrations at Hospital Presentation for Patients with Unintentional Overdose, Deliberate Overdose, and Concentrations Obtained from Mr. Staple |
| 365. | | | | A | Blank Calendars | Blank Calendars from 2014 to Present |
| 366. | | | | A | Image | Image of WalMart Receipt from Cheryl Staple's Phone |
| 367. | | | | Lack of Foundation - Authentication | Spreadsheet | Text Message Spreadsheet from eHounds of text messages from Cheryl Staple's Phone |
| 368. | | | | Improperly Identified and Marked Exhibit, Lack of Foundation - authentication, Hearsay | Reports | Indexed Data Overview |
| 369. | | | | Improperly Identified and Marked Exhibit, Lack of Foundation - authentication, Hearsay | Reports | Keyword Analysis |
| 370. | | | | Lack of Foundation - authentication, Hearsay | Reports | 370-2019-04-19 Section II Paragraph 3 Samsung Galaxy S6 (Applications) |
| 371. | | | | Lack of Foundation - authentication, Hearsay | Reports | 371-2019-04-19 Section II Paragraph 3 Samsung Galaxy S6 (Social Media) |
| 372. | | | | Lack of Foundation - authentication, Hearsay | Reports | 372-2019-04-19 Section II Paragraph 4 Samsung Galaxy S6 (Text Messages) |
| 373. | | | | Lack of Foundation - authentication, Hearsay | Reports | 373-2019-04-19 Section II Paragraph 6 All User Data |
| 374. | | | | Lack of Foundation - | Reports | 374-2019-05-02 Android Downloads |

| | | | | | |
|---|---|---|---|---|---|
| | | | authentication, Hearsay | | |
| 375. | | | Lack of Foundation - authentication, Hearsay | Reports | 375-2019-05-02 Bing Toolbar - Search History |
| 376. | | | Lack of Foundation - authentication, Hearsay | Reports | 376-2019-05-02 Cloud Services URLs |
| 377. | | | Lack of Foundation - authentication, Hearsay | Reports | 377-2019-05-02 Complete File Listing |
| 378. | | | Lack of Foundation - authentication, Hearsay | Reports | 378-2019-05-02 Date Limited Keyword Analysis |
| 379. | | | Lack of Foundation - authentication, Hearsay | Reports | 379-2019-05-02 Facebook URLs |
| 380. | | | Lack of Foundation - authentication, Hesasay | Reports | 380-2019-05-02 Google Drive |
| 381. | | | Lack of Foundation - authentication, Hearsay | Reports | 381-2019-05-02 Google Searches |
| 382. | | | Lack of Foundation - authentication, Hearsay | Reports | 382-2019-05-02 Google Toolbar |
| 383. | | | Lack of Foundation - authentication, Hearsay | Reports | 383-2019-05-02 Installed Microsoft Programs |
| 384. | | | Lack of Foundation - authentication, Hearsay | Reports | 384-2019-05-02 Installed Programs |

*CASE NO. 8:17-cv-3066-T-35TGW*

| NO. | DATE IDENTIFIED | DATE ADMITTED | WITNESS | OBJECTIONS/ STIPULATED ADMISSIONS [1] | DATE | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|---|
| 385. | | | | Lack of Foundation - authentication, Hearsay | Reports | 385-2019-05-02 Internet Explorer 10-11 Main History |
| 386. | | | | Lack of Foundation - authentication, Hearsay | Reports | 386-2019-05-02 Internet Explorer Main History |
| 387. | | | | Lack of Foundation - authentication, Hearsay | Reports | 387-2019-05-02 Internet Explorer Typed URLs |
| 388. | | | | Lack of Foundation - authentication, Hearsay | Reports | 388-2019-05-02 LNK Files |
| 389. | | | | Lack of Foundation - authentication, Hearsay, | Reports | 389-2019-05-02 Network Interfaces (Registry) |
| 390. | | | | Lack of Foundation - authentication, Hearsay | Reports | 390-2019-05-02 Parsed Search Queries |
| 391. | | | | Lack of Foundation - authentication, Hearsay | Reports | 391-2019-05-02 Shellbags |
| 392. | | | | Lack of Foundation - authentication, Hearsay | Reports | 392-2019-05-02 USB Devices |
| 393. | | | | Lack of Foundation - authentication, Hearsay | Reports | 393-2019-05-15 All Text Messages - Redacted |
| 394. | | | | Lack of Foundation - authentication, Hearsay | Reports | 394-2019-05-15 Phone Search History Report |
| 395. | | | | Lack of Foundation - authentication, Hearsay | Reports | 395-2019-05-15 Phone Web History Report |
| 396. | | | | Lack of Foundation - authentication, Hearsay | Reports | 396-2019-05-28 Revised Keyword Analysis |
| 397. | | | | Lack of Foundation - authentication, Hearsay | Reports | 397-2019-06-08 Staple Privilege Log |
| 398. | | | | Lack of Foundation - authentication, Hearsay | Reports | 398-2019-06-10 Amended 2019 Staple Privilege Log |
| 399. | | | | Relevance, Prejudice outweighs Probative | 3/8/2019 | Order [DE #94] Judicial Notice |

| | | | | Value | | |
|---|---|---|---|---|---|---|
| 400. | | | | Relevance, Prejudice outweighs Probative Value | 9/30/2019 | Order [DE #237] Granting Recission Summary Judgment |

By listing these Exhibits herein, Defendant/Counter-Plaintiff, The Northwestern Mutual Life Insurance Company does not waive its objections to the use of such exhibits by Plaintiff/Counter-Defendant. Also, by listing composite exhibits, Defendant/Counter-Plaintiff reserves the right to use portions of those composites.

Further, Defendant/Counter-Plaintiff, The Northwestern Mutual Life Insurance Company reserves the right to supplement and amend their Exhibit List upon notice to the parties in this action, in accordance with The Federal Rules of Civil Procedure.

Respectfully submitted,

**SHUTTS & BOWEN LLP**
*Attorneys for Northwestern Mutual*
200 South Biscayne Boulevard - Suite 4100
Miami, Florida 33131
Tel: (305) 358-6300
Fax: (305) 381-9982
By: */s/ John E. Meagher*
John E. Meagher
Florida Bar No. 511099
jmeagher@shutts.com
Jake Monk
Florida Bar No. 100321
jmonk@shutts.com

MIADOCS 21105460 4