**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**8:17-cv-03066-MSS-TGW**

CHERYL STAPLE,

    Plaintiff,

v.

THE NORTHWESTERN MUTUAL LIFE
INSURANCE COMPANY,

    Defendant.
_____/

**DEFENDANT'S NOTICE OF INTENT TO RELY ON SUMMARY UNDER FEDERAL RULE OF EVIDENCE 1006 REGARDING PROBATE FILES, AT&T RECORDS, AND TEXT MESSAGES PRODUCED FROM DESMOND STAPLE'S PHONE**

    Defendant, The Northwestern Mutual Life Insurance Company ("Northwestern Mutual"), respectfully provides notice to Plaintiff, Cheryl Staple ("Plaintiff"), that, pursuant to this Federal Rule of Evidence 1006, Northwestern Mutual will rely on the following summaries at trial:

    1.)    Summary of Probate Estate Evidence, attached as **Exhibit 1**.

> The documents that support the Summary of Probate Estate Evidence include the statements of claim, which have already been produced during discovery, have been made available as Exhibits exchanged with Defendant's Exhibit List [DE 240-2], and most recently filed in Opposition to Plaintiff's Motion in Limine re Probate Files. See Exhibits [DE 320-1] – [DE 320-13].

    2.)    Summaries of AT&T Records and Text Messages Produced by eHounds, which are found on Defendant's Exhibit List [DE 240-2], Nos. 60-92. The Summaries were used at various depositions and have again been produced by sharefile with Defendant's Exhibit List [DE 240-2].

> The documents that support the Summaries of AT&T Records are the text message spreadsheet prepared by Adam Sharp and produced in redacted format to the parties by Special Master Robert Stines. [DE 240-2], No. 393. The AT&T Records have been produced to Plaintiff during discovery. See Northwestern

1

Mutual's Notice of Compliance with Request for Copies, Served August 9, 2018.

Dated: December 1, 2020

                Respectfully submitted,

                **SHUTTS & BOWEN LLP**
                200 S. Biscayne Boulevard
                Suite 4100
                Miami, Florida 33131
                Tel:  (305) 358-6300
                Fax:  (305) 381-9982

                By: */s/John Meagher*
                John E. Meagher
                Florida Bar No. 511099
                *jmeagher@shutts.com*
                Jake Monk
                Florida Bar No. 100321
                *jmonk@shutts.com*
                    Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 1, 2020, I filed the foregoing document with the Clerk of Court.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or via US Mail, an authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                */s/John Meagher*
                Of Counsel

## SERVICE LIST

Theodore A. Corless, Esq.  
Mary Catherine Lamoureux, Esq.  
Corless Barfield Trial Group, LLC  
6812 W. Linebaugh Ave.  
Tampa, FL 33625  
*service@corlessbarfield.com*  
*tcorless@corlessbarfield.com*  
*mlamoureux@corlessbarfield.com*  
   Counsel for Plaintiff

Timothy W. Weber, Esq.  
Jeremy D. Baillie, Esq.  
Weber, Crabb & Wein, P.A.  
5453 Central Avenue  
St. Petersburg, FL 33710  
*timothy.weber@webercrabb.com*  
*jeremy.bailie@webercrabb.com*  
   Co-counsel for Plaintiff