UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CHERYL STAPLE,**

    **Plaintiff,**

v.                                         Case No: 8:17-cv-3066-T-35TGW

**NORTHWESTERN MUTUAL LIFE
INSURANCE COMPANY,**

    **Defendant.**

## ORDER

**THIS CAUSE** comes before the Court for consideration of Plaintiff's Motion in Limine to Exclude Hearsay Statements Regarding Suicide, (Dkt. 245), Plaintiff's Motion in Limine Regarding Inadmissible Probate Files and Attachments, (Dkt. 246), Plaintiff's Motion in Limine Regarding Evidence of Rescission, (Dkt. 247), Defendant's Supplemental Omnibus Motion in Limine, (Dkt. 324), and Defendant's *ore tenus* motion to permit its witnesses and representatives to appear at trial via a videoconferencing platform. On December 2, 2020, the Court held a pretrial conference to address the outstanding motions and the other pretrial matters.

Upon consideration of the matters presented and for the reasons set forth on the record at the hearing, the Court hereby **ORDERS** as follows:

    1. The issue of providing for video conferencing facilities to accommodate trial appearances by the Defendant and its witnesses was presented on the Defendant's *ore tenus* motion. The Defense advised that its out-of-state employees are on a no-travel company directive, the states in

1

which some witnesses reside have issued no-travel advisories/recommendations with a quarantine upon return, and its out-of-state expert in this case is requesting not to travel due to rising COVID-19 hospitalizations and deaths. There is a concomitant need to reach resolution in this case, which involves a dispute over significant insurance proceeds that are needed to provide for the sustenance of the decedent's family.

Accordingly, this matter is hereby specially set for jury selection to commence in person on **Friday, January 8, 2021, at 9:00 a.m.** before United States District Judge Mary S. Scriven in Tampa Courtroom 7A. Defendant's corporate representative and Plaintiff may appear at jury selection in person or by videoconference. Trial counsel shall appear in person at jury selection. Opening statements and the presentation of evidence at trial will commence on **Monday, January 11, 2021, at 9:00 a.m.** before United States District Judge Mary S. Scriven via Zoom videoconference. **Five (5) days** have been reserved for the trial. Details will be provided by separate notice. Starting January 11, 2021, all counsel, parties, witnesses, and jurors will appear by Zoom videoconference.

2. On or before **December 7, 2020**, the Parties shall email a copy of their proposed joint jury instructions, joint verdict forms and *voir dire* in Word format to Chambers at the following email address: chambers_flmd_scriven@flmd.uscourts.gov.

3. All exhibits are to be appropriately pre-marked, in accordance with Local Rule 3.07, Middle District of Florida. In addition, a three-ring binder containing courtesy copies of all exhibits, properly pre-marked, shall be provided to the Courtroom Deputy Clerk the morning of trial for the Court's use.

4. Plaintiff's Motion in Limine to Exclude Hearsay Statements Regarding Suicide, (Dkt. 245), is **GRANTED IN PART and DENIED IN PART**. Statements regarding suicide or suicidal intent in the records not attributable to Plaintiff will not be admissible. Statements regarding suicide or suicidal intent attributable to Plaintiff will be admissible, but Defendant will need to lay a proper predicate outside the presence of the jury.

5. Plaintiff's Motion in Limine Regarding Inadmissible Probate Files and Attachments, (Dkt. 246), is **GRANTED**.

6. Plaintiff's Motion in Limine Regarding Evidence of Rescission, (Dkt. 247), is **GRANTED**.

7. Defendant's Supplemental Omnibus Motion in Limine, (Dkt. 324), is **GRANTED**.

8. The following witnesses listed by number are the only witnesses who will be permitted to testify from Plaintiff's and Defendant's witness lists (Dkts. 240-3, 240-4):

    a. Plaintiff's Witness List: 1, 2, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 16.

      b. Defendant's Witness List: 3, 4, 6, 7, 8, 9, 10, 11, 12, 21, 23, 24, 27, 32, 33, 39, 40, 42, 52, 53, 55, 84.

Each side shall retain the right to call unlisted rebuttal/impeachment witnesses as needed with a proper showing.

**DONE and ORDERED** in Tampa, Florida this 3rd day of December, 2020.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party