UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
8:17-cv-03066-MSS-TGW

CHERYL STAPLE,

    Plaintiff,

v.

THE NORTHWESTERN MUTUAL LIFE
INSURANCE COMPANY,

    Defendant.
_____/

## VERDICT FORM

1. Did Desmond Staple commit suicide?

    [✓] Yes          [ ] No

    If your answer is "Yes" to Question 1, then your verdict is for Northwestern Mutual. If your answer is "No" on Question 1, then your verdict is for Cheryl Staple.

SO SAY WE ALL

Dated this 29 day of January 2021.

                                     Joseph Ballman
                                     Foreperson